# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

## FLORIDA VIRTUALSCHOOL

**Reg. No. 3,830,765**

**Registered Aug. 10, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLORIDA VIRTUAL SCHOOL (FLORIDA CORPORATION)
2145 METRO CENTER BOULEVARD
ORLANDO, FL 32835

FOR: ESTABLISHING AND DEVELOPING ONLINE AND DISTANCE LEARNING EDUCA-
TIONAL PROGRAMS AT THE PRE-KINDERGARTEN, PRIMARY, SECONDARY, COLLEGE
LEVELS; ESTABLISHING AND DEVELOPING ONLINE AND DISTANCE LEARNING
EDUCATIONAL PROGRAMS AT THE POST-GRADUATE LEVEL FOR EDUCATORS, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VIRTUALSCHOOL", APART
FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 77-832,081, FILED 9-22-2009.

ANGELA DUONG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# FLVS

**Reg. No. 3,873,393**

**Registered Nov. 9, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLORIDA VIRTUAL SCHOOL (FLORIDA EDUCATIONAL INSTITUTION)
2145 METRO CENTER BLVD.
SUITE 200
ORLANDO, FL 32835

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE PRE-KINDERGARTEN, PRIMARY, SECONDARY, COLLEGE LEVELS, AND AT THE POST-GRADUATE LEVEL FOR EDUCATORS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-004,457, FILED 4-1-2010.

KEVON CHISOLM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT C

# United States of America
## United States Patent and Trademark Office

## FLORIDA VIRTUAL SCHOOL

**Reg. No. 5,113,225**

**Registered Jan. 03, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Florida Virtual School (FLORIDA Public Body Corporate of the State of Florida )
Suite 100
2145 Metro Center Boulevard
Orlando, FL 32835

CLASS 41: Educational services, namely, providing online courses of instruction at the primary and secondary level and distributing course material in connection therewith; conducting distance learning instruction at the primary and secondary level; training of teachers and school administrators in the field of remote online teaching; educational services, namely, developing curriculum for primary and secondary level school teachers; educational testing services

FIRST USE 00-00-2002; IN COMMERCE 00-00-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4475477, 3830765

No claim is made to the exclusive right to use the following apart from the mark as shown: "VIRTUAL SCHOOL"

SEC.2(F)

SER. NO. 87-015,611, FILED 04-27-2016
JOHN CHARLES SALCIDO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:*** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h**ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT D

# United States of America
## United States Patent and Trademark Office

# FLVS

**Reg. No. 5,113,235**

**Registered Jan. 03, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Florida Virtual School (FLORIDA Public Body Corporate of the State of Florida )
Suite 100
2145 Metro Center Boulevard
Orlando, FL 32835

CLASS 41: Educational services, namely, providing online courses of instruction at the primary and secondary level and distributing course material in connection therewith; conducting distance learning instruction at the primary and secondary level; training of teachers and school administrators in the field of remote online teaching; educational services, namely, developing curriculum for primary and secondary level school teachers; educational testing services

FIRST USE 00-00-2002; IN COMMERCE 00-00-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3873393

SER. NO. 87-015,741, FILED 04-27-2016
JOHN CHARLES SALCIDO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:*** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT E

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,113,241**

**Registered Jan. 03, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Florida Virtual School (FLORIDA Public Body Corporate of the State of Florida )
Suite 100
2145 Metro Center Boulevard
Orlando, FL 32835

CLASS 41: Educational services, namely, providing online courses of instruction at the primary and secondary level and distributing course material in connection therewith; conducting distance learning instruction at the primary and secondary level; training of teachers and school administrators in the field of remote online teaching; educational services, namely, developing curriculum for primary and secondary level school teachers; educational testing services

FIRST USE 4-20-2016; IN COMMERCE 4-20-2016

The mark consists of the letters "flvs" in a square.

OWNER OF U.S. REG. NO. 3873393

SER. NO. 87-015,761, FILED 04-27-2016
JOHN CHARLES SALCIDO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT F

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,113,248**

**Registered Jan. 03, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Florida Virtual School (FLORIDA Public Body Corporate of the State of Florida )
Suite 100
2145 Metro Center Boulevard
Orlando, FL 32835

CLASS 41: Educational services, namely, providing online courses of instruction at the primary and secondary level and distributing course material in connection therewith; conducting distance learning instruction at the primary and secondary level; training of teachers and school administrators in the field of remote online teaching; educational services, namely, developing curriculum for primary and secondary level school teachers; educational testing services

FIRST USE 1-00-2008; IN COMMERCE 1-00-2008

The color(s) light blue and white is/are claimed as a feature of the mark.

The mark consists of the white word "FLORIDA" over the white words "VIRTUAL SCHOOL" on a light blue background. There is a white line underneath the words "VIRTUAL SCHOOL". The color light blue represents background and not a rectangle shape.

OWNER OF U.S. REG. NO. 4475477, 3830765

No claim is made to the exclusive right to use the following apart from the mark as shown: "VIRTUAL SCHOOL"

SEC. 2(F) As to "FLORIDA VIRTUAL SCHOOL"

SER. NO. 87-015,917, FILED 04-27-2016
JOHN CHARLES SALCIDO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT G

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,113,259**

**Registered Jan. 03, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Florida Virtual School (FLORIDA Public Body Corporate of the State of Florida )
Suite 100
2145 Metro Center Boulevard
Orlando, FL 32835

CLASS 41: Educational services, namely, providing online courses of instruction at the primary and secondary level and distributing course material in connection therewith; conducting distance learning instruction at the primary and secondary level; training of teachers and school administrators in the field of remote online teaching; educational services, namely, developing curriculum for primary and secondary level school teachers; educational testing services

FIRST USE 4-20-2016; IN COMMERCE 4-20-2016

The mark consists of the letters "FLVS" inside of a square. Below the square are the words "FLORIDA VIRTUAL" above the word "SCHOOL".

OWNER OF U.S. REG. NO. 4475477, 3873393, 3830765

No claim is made to the exclusive right to use the following apart from the mark as shown: "VIRTUAL SCHOOL"

SEC. 2(F) As to "FLORIDA VIRTUAL SCHOOL"

SER. NO. 87-016,109, FILED 04-27-2016
JOHN CHARLES SALCIDO, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT H



.........

## Personalized Learning Programs in Florida

Your student's school years are an important time. A positive school experience will not only provide strong academics but also offer some room to explore personal interests so your student can set meaningful goals for the future. If you're interested in this kind of education, the K12-powered online public school in Florida may be what you're looking for.

At the Florida virtual school powered by K12, students receive an education experience tailored to their needs and interests. Students love that they can attend classes and do coursework wherever there's an internet connection. Parents love that it's tuition-free.*

# EXHIBIT I

**FLORIDA ONLINE SCHOOL**
POWERED BY K12

**Home**    **Who We Are ▾**    **How It Works ▾**    **Our Curriculum ▾**    **Community and Events ▾**    **FAQs ▾**    **How To Enroll**

**Just In:** #EverySchoolDayCounts—From day 1 until the last day of school, attendance matters! Go>>

### Need More Info

**Which grades are you interested in?**
☐ K–8    ☐ 9–11

First Name    Last Name

E-mail Address

Phone    Type...

State    Zip Code

☐ Interested in a career preparation program?

By requesting this information, you consent to have a K12 or representative contact you directly at the number provided, whether by person or a device that will automatically dial your home or cell phone. Consent not required for purchases.

**Submit**

Privacy Policy 🔗

### Considering FLOS?



**Now accepting applications for school start in January.**
We'd love to welcome your family to the FLOS community! **Apply today.**

● ○ ○ ○ ○

# Welcome to Our School!

### Grades K–11

## Imagine What Your Child Could Do with the Right Education

Florida Online School, a program of Hendry County District Schools, is committed to partnering with families across the state and helping K–11* students discover their unique potential with personalized learning and the right tools.



FLORIDA
ONLINE SCHOOL
POWERED BY K12

Home | Who We Are ▾ | How It Works ▾ | Our Curriculum ▾ | Community and Events ▾ | FAQs ▾ | How To Enroll

## Need More Info

Which grades are you interested in?
☐ K–8  ☐ 9–11

| First Name | Last Name |
|---|---|

E-mail Address

| Phone | Type... ▾ |
|---|---|

| State ▾ | Zip Code |
|---|---|

By requesting this information, you consent to have a K12 or representative contact you directly at the number provided, whether by person or a device that will automatically dial your home or cell phone. Consent not required for purchases.

**Submit**

Privacy Policy 🔗

## Considering FLOS?

# Destinations Career Academy

**"Participation in skills-training programs has increased wages and earnings, raised the probability and consistency of employment, and led to work in higher quality jobs." 🔗**

## What is Destinations?

 The Destinations Career Academy at Florida Online School (FLOS) is an innovative, tuition-free online program that combines traditional academics with industry-relevant, career-focused electives—giving students a jump-start on their college and career goals. While working toward their high school diplomas, students can choose from a variety of courses in these high-demand career fields: Arts, AV Technology, and Communications; Business; and Information Technology. Florida-certified teachers provide live online instruction and tailor teaching to student needs. Students can participate in career-oriented clubs, gain workplace skills, and prepare to take industry-recognized certification exams in their chosen career path upon graduation.**

Career-focused courses are based on the knowledge and skills required for each career pathway in the following high-demand career fields:

- **Arts, AV Technology, and Communications:** Careers in audio visual technology, film, broadcasting, telecommunications, and performing arts. Learn more about Arts, AV Technology, and Communications.
- **Business:** Careers in finance, marketing, and planning, organizing, directing, and evaluating business functions essential to efficient and productive business operations. Learn more about

# EXHIBIT J

flvs

New to FLVS? Start here: <u>Elementary School</u> | <u>Middle School</u> | <u>High School</u>



## Spring 2021: K-12 Enrollment Open

<u>FLVS Flex</u> and <u>FLVS Global School</u> are open for spring 2021 enrollment with supportive certified teachers and award-winning curriculum. View our <u>homeschool guidelines</u> for Florida families looking to take up to six courses with FLVS Flex. Families who wish to balance brick-and-mortar school with online learning can also enroll in up to three courses per semester.

**STUDENTS & PARENTS**    <u>Explore options for Schools & Districts</u>

Student Spotlights    About Our Courses    School News    Student Activities    Online Learning Resources    #Learn

## Spotlights: Meet Our Students

💬 Chat With FLVS




## Student & Parent Information for the 2020-21 School Year

As the state's online public school district, Florida Virtual School (FLVS) is available to support students and families due to the ongoing impacts of COVID-19. We're here to ensure students are able to continue their education.

**VIEW FREQUENTLY ASKED QUESTIONS**

## Options for Online School

Florida Virtual School offers a variety of flexible and full-time options. Students seeking online education options due to COVID-19 are encouraged to enroll in FLVS Flex or FLVS Global. Students seeking enrollment on a full-time basis for the next school year (2020-21) are encouraged to consider FLVS Full Time.

**WHICH OPTION IS RIGHT FOR YOU?**



| FLVS Flex | FLVS Flex | FLVS Full Time | FLVS Global School |
|---|---|---|---|
| for Public, Private, & Charter Students | for Homeschool Students | | for Non-Florida Residents |
| **Free** to All Florida Residents | **Free** to All Florida Residents | **Free** to All Florida Residents | Tuition-Based |
| **1-3 courses** per Semester | **1-6 Courses** per Semester ⓘ | **6 Courses** per Semester ⓘ | **1-6 Courses** per |

Chat With FLVS

# EXHIBIT K

## K12 vs. Competitors

What makes K12-powered schools different from other online learning solutions like Connections Academy, **FLVS,** and Time4Learning?



---

### K12 | Comparison Checklist

| K12-Powered Schools | Other Online Learning Solutions |
|---|---|
| **CURRICULUM** | **CURRICULUM** |
| ☑ Grades K–12 are offered | ☐ Grades K–12 are offered |
| ☑ AP® and honors courses | ☐ AP® and honors courses |
| ☑ Career readiness education | ☐ Career readiness education |
| ☑ Tuition-free online summer school and bootcamps | ☐ Tuition-free online summer school and bootcamps |
| ☑ Incorporation of STEM education in coursework | ☐ Incorporation of STEM education in coursework |
| **ACCREDITATION AND DEGREE** | **ACCREDITATION AND DEGREE** |
| ☑ Cognia Accreditation | ☐ Cognia Accreditation |
| ☑ State-issued diploma recognized by colleges and universities worldwide | ☐ State-issued diploma recognized by colleges and universities worldwide |
| **TEACHERS** | **TEACHERS** |
| ☑ State-certified teachers leading live class instruction | ☐ State-certified teachers leading live class instruction |
| **EXTRACURRICULAR ACTIVITIES** | **EXTRACURRICULAR ACTIVITIES** |
| ☑ Clubs, contests, showcases, and workshops available for students | ☐ Clubs, contests, showcases, and workshops available for students |
| **SUPPORT AND RESOURCES** | **SUPPORT AND RESOURCES** |
| ☑ Special education programs, tutoring, and wraparound support | ☐ Special education programs, tutoring, and wraparound support |
| ☑ Resources to help parents succeed as Learning Coaches | ☐ Resources to help parents succeed as Learning Coaches |
| **PROVEN SUCCESS** | **PROVEN SUCCESS** |
| ☑ Stories from parents and students of all grade levels | ☐ Stories from parents and students of all grade levels |
| ☑ High quality and satisfaction ratings | ☐ High quality and satisfaction ratings |