**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA VIRTUAL SCHOOL,

Plaintiff, Case No.: 6:20-cv-2354-Orl-22EJK

vs.

K12, INC., a foreign corporation
and K12 Florida, LLC, a foreign
limited liability company,

Defendants.
_______________________________________/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

a. Florida Virtual School ("FLVS")
b. John Watret (as a member of the FLVS Board of Trustees)
c. Linda Reiter (as a member of the FLVS Board of Trustees)
d. Edward Pozzuoli (as a member of the FLVS Board of Trustees)
e. Robert Kornahrens (as a member of the FLVS Board of Trustees)
f. K12, Inc.
g. K12 Florida, LLC
h. Unknown members of K12 Florida, LLC

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known apart from the claims asserted by FLVS in this litigation.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 6th day of January, 2021, by:

*/s/Stephen Hart Luther*
Stephen Hart Luther
Florida Bar No. 528846
LUTHER LAW PLLC
4767 New Broad Street, # 1029
Orlando, FL 32814
407 501-6711 x101 (Main)
407 501-7049 (Direct)
sluther@lutherlawgroup.com

**And**

Stephanie M. Marchman
Florida Bar No. 854301
Thomas C. McThenia, Jr.
Florida Bar No. 917141
Michael J. Colitz III
Florida Bar No. 164348
GRAY ROBINSON, P.A.
720 SW 2nd Avenue, Suite 106
Gainesville, FL 32601-6250
stephanie.marchman@gray-robinson.com
tom.mcthenia@gray-robinson.com
michael.colitz@gray-robinson.com

**Counsel for Plaintiff, Florida Virtual School**