**IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION**

**FLORIDA VIRTUAL SCHOOL,**

**Plaintiff,** **Case No.: 6:20-cv-02354-ACC-EJK**

**vs.**

**K12, INC.**, a foreign corporation, and **K12 FLORIDA, LLC**, a foreign limited liability company,

**Defendants.**
______________________________________/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS K12, INC., AND K12 FLORIDA, LLC**

Defendants, K12, INC., and K12 FLORIDA, LLC (collectively "K12"), by and through undersigned counsel, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, and states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities

related to *any* party in the case:

**PLAINTIFF AND ITS COUNSEL**

FLORIDA VIRTUAL SCHOOL

Stephen Hart Luther, Esq.
Luther Law, PLLC
4767 New Broad Street, # 1029
Orlando, Florida 32814

Stephanie M. Marchman, Esq.
Thomas C. McThenia, Jr., Esq.
Michael J. Colitz III, Esq.
Gray Robinson, P.A.
720 SW 2nd Avenue, Suite 106
Gainesville, FL 32601-6250

**DEFENDANT AND ITS COUNSEL**

K12, INC., and K12 FLORIDA, LLC

Steven P. Hollman, Esq. (pro hac vice admission pending)
Abraham J. Shanedling, Esq. (pro hac vice admission pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801

Daniel C. Johnson, Esq.
Eleanor M. Yost, Esq.
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456

**PARENT CORPORATIONS OF DEFENDANT**

STRIDE, INC.
K12 MANAGEMENT, INC.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the credits' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 25th day of January, 2021, by:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: [signature]

Steven Hollman*
Trial Counsel
Abraham Shanedling*
Trial Counsel
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Phone: (202) 747-1941
Fax: (202) 747-3912
email: shollman@sheppardmullin.com
email: ashanedling@sheppardmullin.com

* *pro hac vice admission pending*

Daniel C. Johnson, Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. No.: (407) 849-0300
Fax No.: (407) 648-9099
Email: djohnson@carltonfields.com
Secondary: dcarlucci@carltonfields.com
Secondary: orlecf@cfdom.net

Eleanor M. Yost, Trial Counsel
Florida Bar No. 1003178
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133
Email: eyost@carltonfields.com

*Attorneys for Defendants*
*K12 Inc., and K12 Florida, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January, 2021, I efiled a copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS K12, INC., AND K12 FLORIDA, LLC with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using its CM/ECF system which will electronically notify all counsel or parties of record.

*/s/ Daniel C. Johnson*______________
Daniel C. Johnson