# EXHIBIT 2

**UNITED STATES PATENT AND TRADEMARK OFFICE**

**SERIAL NO**: 77/832081

**MARK**: FLORIDA VIRTUALSCHOOL

*77832081*

**CORRESPONDENT ADDRESS**:
HERBERT L. ALLEN
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRI
255 S ORANGE AVE STE 1401
ORLANDO, FL 32801-3460

**RESPOND TO THIS ACTION:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

**APPLICANT**: Florida Virtual School

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
110491
**CORRESPONDENT E-MAIL ADDRESS**:

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**:

**THIS IS A FINAL ACTION.**

This letter is written in response to the applicant's incoming communication on February 24, 2010 in which the applicant submitted a claim of acquired distinctiveness under Section 2(f) in response to the primarily geographically descriptive refusal issued under Trademark Act Section 2(e)(2) and an amendment to the identification of services. Both are acceptable and the Section 2(e)(2) refusal is withdrawn. However, the applicant's arguments regarding the necessity of the disclaimer were unpersuasive. As a result, the requirement for a disclaimer of the wording "VIRTUAL SCHOOL" is continued and made FINAL.

**Addition of Disclaimer**

A "disclaimer" is a statement in the record that an applicant does not claim exclusive rights to an unregistrable component of a mark; it does not affect the appearance of the mark. TMEP §1213. An unregistrable component can include wording or designs that are merely descriptive or generic, deceptively misdescriptive, or primarily geographically descriptive of an applicant's goods and/or services. 15 U.S.C. §1052(e); *see* TMEP §§1213, 1213.03.

The Office can require an applicant to disclaim an unregistrable component of a mark. 15 U.S.C. §1056(a). Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

The applicant's mark is "FLORIDA VIRTUALSCHOOL" for the services "Establishing and developing online and distance learning educational programs at the pre-kindergarten, primary, secondary, college levels; establishing and developing online and distance learning educational programs at the post-graduate level for educators."

Third parties often use the wording "VIRTUALSCHOOL" to describe online education services, similar to those listed in the applicant's identification of services. *See attached evidence.* Furthermore, the deletion of the space between the wording "VIRTUAL" and "SCHOOL" does not overcome the merely descriptive nature of the wording because the deletion does not alter the pronunciation or commercial impression of the wording. As a result, the claim of acquired distinctiveness based on five years' use for the wording "VIRTUALSCHOOL" is insufficient to overcome the disclaimer requirement because the applied-for mark is highly descriptive of applicant's goods and/or services. *In re Kalmbach Publ'g Co.* , 14 USPQ2d 1490 (TTAB 1989); TMEP §1212.05(a). Additional evidence is needed.

Evidence of acquired distinctiveness may include specific dollar sales under the mark, advertising figures, samples of advertising, consumer or dealer statements of recognition of the mark as a source identifier, affidavits, and any other evidence that establishes the distinctiveness of the mark as an indicator of source. *See* 37 C.F.R. §2.41(a); *In re Ideal Indus., Inc.*, 508 F.2d 1336, 184 USPQ 487 (C.C.P.A. 1975); *In re Instant Transactions Corp.*, 201 USPQ 957 (TTAB 1979); TMEP §§1212.06 *et seq.* The Office will decide each case on its own merits.

If additional evidence is submitted, the following factors are generally considered when determining acquired distinctiveness: (1) length and exclusivity of use of the mark in the United States by applicant; (2) the type, expense and amount of advertising of the mark in the United States; and (3) applicant's efforts in the United States to associate the mark with the source of the goods and/or services, such as unsolicited media coverage and consumer studies. *See In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 USPQ2d 1420, 1424 (Fed. Cir. 2005). A showing of acquired distinctiveness need not consider all of these factors, and no single factor is determinative. *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424; *see* TMEP §§1212 *et seq.*

The amount and character of evidence needed to establish acquired distinctiveness depends on the facts of each case and particularly on the nature of the mark sought to be registered. *Roux Labs., Inc. v. Clairol Inc.*, 427 F.2d 823, 829, 166 USPQ 34, 39 (C.C.P.A. 1970); *see In re Hehr Mfg. Co.*, 279 F.2d 526, 126 USPQ 381 (C.C.P.A. 1960); TMEP §1212.05(a).

More evidence is required where a mark is so highly descriptive that purchasers seeing the matter in relation to the named goods and/or services would be less likely to believe that it indicates source in any one party. *See, e.g., In re Bongrain Int'l Corp.* , 894 F.2d 1316, 13 USPQ2d 1727 (Fed. Cir. 1990); *In re Seaman & Assocs., Inc.*, 1 USPQ2d 1657 (TTAB 1986).

However, no amount of purported proof that a generic term has acquired secondary meaning can transform that term into a registrable trademark. Such a designation cannot become a trademark under any circumstances. *See In re Bongrain*, 894 F.2d at 1317 n.4, 13 USPQ2d at 1728 n.4; *H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs , Inc.*, 782 F.2d 987, 989, 228 USPQ 528, 530 (Fed. Cir. 1986); TMEP §1212.02(i).

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer. TMEP §1213.08(a)(i). The following is the standard format used by the Office:

> No claim is made to the exclusive right to use "VIRTUALSCHOOL" apart from the mark as shown.

TMEP §1213.08(a)(i); *see In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

**Response Guidelines for Final Actions**

If applicant does not respond within six months of the date of issuance of this final Office action, the application will be abandoned. 15 U.S.C. §1062(b); 37 C.F.R. §2.65(a). Applicant may respond to this final Office action by:

(1) Submitting a response that fully satisfies all outstanding requirements, if feasible; and/or

(2) Filing an appeal to the Trademark Trial and Appeal Board, with an appeal fee of $100 per class.

37 C.F.R. §§2.6(a)(18), 2.64(a); TBMP ch. 1200; TMEP §714.04.

In certain rare circumstances, a petition to the Director may be filed pursuant to 37 C.F.R. §2.63(b)(2) to review a final Office action that is limited to procedural issues. 37 C.F.R. §2.64(a); TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters). The petition fee is $100. 37 C.F.R. §2.6(a)(15).

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney.

To expedite prosecution of the application, applicant is encouraged to file its response to this Office action online via the Trademark Electronic Application System (TEAS), which is available at http://www.uspto.gov/teas/index.html. If applicant has technical questions about the TEAS response to Office action form, applicant can review the electronic filing tips available online at http://www.uspto.gov/teas/eFilingTips.htm and email technical questions to TEAS@uspto.gov.

/Angela G. Duong/
Trademark Examining Attorney
Law Office 104
Phone:  (571) 272-1347
Fax:      (571) 273-9104

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at
http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For
*technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned
examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name,
title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for
Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark
Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and
maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the
assigned examining attorney.

http://www.gavirtualschool.org/          02/26/2010 10:27:13 AM



Follow us:
twitter

**Live Twitter Feed**

**gavirtual: Apolo Ohno was a high school online learner. Ga. Virtual is a solution for athletes, performers, and travelers this semester.**
*Thu, 25 Feb 2010 21:21:21 -0500*

**Why GAVS?**

**Why Georgia Virtual School?**

Georgia Virtual School (GAVS) is part of the Georgia Department of Education's Office of Technology Services. GAVS is fully accredited and operates in partnership with Georgia parents and schools to offer high school level courses across the state.

- GAVS has a full high school curriculum with Advanced Placement® and college prep level courses.
- GAVS offers a limited middle school curriculum.
- All GAVS courses are taught by Georgia certified, NCLB highly qualified teachers.
- GAVS offers courses free of charge to all Georgia students who are taking the courses as a part of their state reported school

**Helpful Links**

- GAVS Course Catalog
- AP® Practice Exams
- AP® Pre-Course Information
- 2009 - 2010 Information
- 2010 - 2011 Information
- Summer 2010 Information
- GADOE Credit Recovery Program
- GAVS Course Registration
- Math Resources

are taking the courses as a part of their state reported school day.

- GAVS has a tuition program where students can take additional courses to further enhance their course of study or even to catch up if they have fallen behind for some reason.

In addition to offering middle and high school level courses to students, GA Virtual School also collaborates with the GA Department of Education to offer other initiatives to Georgia public schools and students.

- The GA Department of Education Credit Recovery Program offers public school students the opportunity to retake a course they were previously not successful in. These courses are fully aligned with the Georgia Performance Standards and are self-paced. There is no instructor in this program.

- Math Resources are available for students in middle school through 9th grade. These are free resources designed to supplement the classroom through remediation and enrichment. These are self-paced resources where teachers and students self-enroll as needed.

Math Resources
GAVS Middle School
Is Online Learning for Me?
Home School Students
Hospital Homebound or Special Education Students
Out of State Students
Support Team

**Resources**

GA Department of Education
GeorgiaStandards.org
GA College 411
GA Career Counselor

GAVS Podcas

Listen to the Georgia Virtual School Podcast series.

Privacy Policy | Terms of Use | Site Requirements | Feedback

Copyright 2005-2009 Georgia Department of Education

http://www.louisianavirtualschool.net/ 02/26/2010 10:29:02 AM

Welcome | Advanced Placement | Course Offerings | FAQ | Facilitators | LVS Teachers | Students | LVS Email | Technical Support

# Welcome to LVS

## Algebra I Online Application

**The Algebra I Online Application Memo:** Read the Superintendent's Memo

**The Algebra I Online District Application:** Get the Algebra I Online District Application

## LVS In The News

**LVS Student Elton Taylor Excels in the classroom and on the field** - *The Gazette* - January 30, 2009

**Louque Receives Honor Of AP Scholar** - *News Examiner* - November 20, 2008

**Students linked to life off Grand Isle** - *HoumaToday.com* - October 24, 2008

**Schooling the Workforce** - *BusinessReport.com* - May 19, 2008

**Increasing Higher Learning** - *The Daily News Online* - May 6, 2008

## LVS School Calendar

**Spring 2010 Dates**

- Mardi Gras Holiday: **February 15-16, 2010**
- Spring Mid-term: **March 9, 2010**
- Easter Break: **March 29 - April 2, 2010**
- LEAP/iLEAP/testing: **April 12-16, 2010**
- Seniors' Final Grades Due: **May 4, 2010**
- Spring semester ends: **May 18, 2010**

Complete 2009 - 2010 LVS Calendar

## LVS Instructor Opportunities - Accepting Applications Now

**The Louisiana Department of Education, through the Louisiana Virtual School, is accepting applications from secondary certified Louisiana teachers interested in teaching online courses for the Louisiana Virtual School. Please make sure you meet the requirements below before you apply. We are looking for individuals who:**

## **** URGENT Message Regarding LVS Gaggle.net ****

**URGENT !! URGENT !! URGENT !! URGENT !! URGENT !!**

Gaggle.net, LVS's email provider, has informed us that they will be utilizing a new content distribution network beginning tomorrow, February 23, 2010. What this means is that schools and/or districts need to allow access from the new content distribution network provider through their firewall. **Your school's network administrators should make these adjustments ASAP.** The content distribution network provider is Edgecast.

To test your school's firewall, click on this link: http://wac.1c59.edgecastcdn.net/801C59/static.gaggle.net/gaggle/outer/images/logo...

If your school's firewall is not allowing access to and from this content distribution network, you will receive a "403 Forbidden" error, or something similar.

## LVS Has Moved

**The LVS has moved. We are now located in the Claiborne Bu**

## LVS Facilitator Account Registration

Click here to register as an LVS facilitator. The registration process takes approximately **15 minutes**.

## LVS/LSUE Dual Enrollment Program - Spring 2010 Semester

The Louisiana Virtual School, in collaboration with Louisiana State University at Eunice, will offer the following course:

**Psychology 2000: Introduction to Psychology** 3 lecture credits. An introduction to the understanding, prediction, and control of human behavior.

Early Start tuition is free for students attending Louisiana public high schools except for a student taking Early Start credit from another college. The state will only reimburse one university for one three-hour course, so public school students taking more than one Early Start class may have to pay tuition. Those public school students, like non-public school students, pay LSUE's Early Start tuition rate of $288

- Put student learning first.
- Are enthusiastic about using technology in their instruction.
- Hold a valid Louisiana Teaching Certificate with secondary certification (grades 9-12).
- Have three or more years of successful classroom teaching experience at the high school level.
- Have access to a computer with at least Windows XP operating system.
- Have access to high speed Internet at home.
- Are willing to complete intensive online professional development and participate in mentoring.

After submitting an application and meeting the above requirements, potential instructors must **successfully** complete the following before being considered for an online instructor position:

- An 8 week intensive online professional development course focusing on the components of effective online instruction
- One semester as an *Online Teacher in Training* being mentored by a *Master Online Teacher*

**To apply for an LVS teaching position go to the: LVS Instructor Online Application**

**Submission of an application does not guarantee an LVS teaching position. If you have previously applied for a teaching position within the LVS during the 2008-09 school year, you do not need to re-apply. Applications are kept on file for the duration of a school year. The new cycle for each school year starts on May 1st.**

Should you have questions, please contact Stephanie.Cox@la.gov.

## LVS/NSU Louisiana Early Start Program (Dual Enrollment) Spring 2010 Semester

The **Louisiana Virtual School**, in collaboration with **Northwestern State University**, will offer the following courses for dual credit:

- English IV/English 1010
- English Elective/English 1020
- Advanced Math/Math 1020 (fall)/Math 1090 (spring)
- Fine Arts Survey/Fine Arts 1040
- American History/History 2020
- Principles of Sociology/Sociology 1010

Participation in the **Louisiana Early Start Program** provides an opportunity for high school students to earn high school and college credit simultaneously while in the familiar environment of their high school. Courses chosen for this program are on the 2009-2010 Board of Regents' Master Course Articulation Matrix (public institutions) http://www.regents.state.la.us/Academic/articulation_2009-2010.htm. Students may enroll in a maximum of 3 credit hours per semester/term, up to 6 credit hours per academic year, with Early Start funding. To continue enrollment in subsequent semesters/terms (e. g., spring) through Early Start, student must have successfully completed (earned a college grade of A, B, C, or P) current (fall) dual credit courses. Students who earn less than a C or who withdraw/resign from a course may not enroll in the following semester or term with Early Start funding. Continued state funding is not guaranteed and the enrollment criteria may be changed for the spring semester.

students, like non-public school students, pay LSUE's Early Start tuition rate of $288 for this three-hour course. (Please note: Tuition stated is based on Fall 2009. Rates are subject to change.)

**In order to participate in the LSUE Early Start Program, students must . . .**

- Be at least 15 years of age and currently enrolled in the 11th or 12th grade at a public or BESE approved private Louisiana high school;
- Be on track for completing the Regents/TOPS high school core (students graduating in 2009, 2010, and 2011) or the Louisiana Core 4 Curriculum (students graduating in 2012 and beyond);
- Have a minimum composite score of 18 on the PLAN assessment or 18 on the ACT assessment;
- Be in good standing as defined by the high school; and
- Have permission from the high school to participate.

To apply for admission into the LSUE Early Start program, a student and parent/guardian should complete Sections I and II of the Dual Enrollment Initial Application and submit the application to the high school counselor for completion and certification of Section III. Once a school official completes Section III, the application should be sent to Director of Continuing Education David Pulling [Fax (337) 550-1393, or mailed to PO Box 1129, Eunice, LA 70535]. Questions regarding the program or application process should be directed to Mr. David Pulling, Director of Continuing Education, dpulling@lsue.edu.

Once a student is admitted, University personnel will register the student in the course. Tuition will be assessed and billed to students who do not attend a Louisiana public high school or who are taking state-funded Early Start courses from another college. Textbooks will be provided through the high school by LVS.

**2010 Spring Semester key dates:**

- January 10: Early Start Application and fee payment deadline to avoid late registration fee penalties
- January 19: Class begins
- April 1: Last day to withdraw from class with a grade of W
- May 7: Classes end
- May 15: Final examination period ends

**LSUE Early Start Program Student Application.pdf**

## LVS/MSU Dual Enrollment Program - Spring 2010 Semester

The Louisiana Virtual School, in collaboration with the College of Engineering and Engineering Technology at McNeese State University, will offer the following course:

**Introduction to Engineering (Engineering 109 - Engineering Science and Computing)**

3 lecture credits. Introduction to techniques needed to successfully study engineering while in college and skills needed to effectively perform as practicing engineers after graduation. Addresses the functions of engineers, working as part of a team, and use of computers in engineering problem solving and design.

Participation in the Dual Enrollment Program provides an opportunity for high school students to earn college credit while still enrolled in high school. Depending

Non-public students may enroll in dual credit courses with the same eligibility requirements at a cost of $300.00 per course.

In order to be eligible for the Louisiana Early Start Program, student must be 15 years of age and currently enrolled in the 11th and 12th grade at a public Louisiana high school. Student must be on track for completing (a) the Regents/TOPS high school core (if graduating in 2010 or 2011) or (b) the Louisiana Core 4 Curriculum (if graduating in 2012 and beyond).

**Student/High School Information - Eligibility Criteria:**

**English IV/English 1010**

- Attend a school that offers LVS courses
- 18 PLAN or ACT Composite Score (or SAT equivalent)
- 18 PLAN or ACT English Sub-score (or SAT equivalent)
- 2.75 cumulative GPA - Senior Status

**English Literature/English 1020**

- Attend a school that offers LVS courses
- 18 PLAN or ACT Composite Score (or SAT equivalent)
- 18 PLAN or ACT English Sub-score (or SAT equivalent)
- 2.75 cumulative GPA - Senior Status

**Advanced Math/Math 1020 Math 1090**

- Attend a school that offers LVS courses
- 18 PLAN or ACT Composite score (or SAT equivalent)
- 19 PLAN or ACT Math sub-score (or SAT equivalent)
- 3.00 Cumulative GPA – Junior Status
- 2.75 Cumulative GPA – Senior Status

Advanced Math is a year long course (1 Carnegie Unit) and is offered in conjunction with Math 1020 (College Algebra) and Math 1090 (Trigonometry). Students will receive 3 credit hours for the successful completion of Math 1020 in the fall semester. Students will have an opportunity to earn 3 credit hours in the spring semester with the successful completion of Math 1090.

**Note:** If a student decides not to enroll in Math 1090 in the spring semester, they will continue to be enrolled in Advanced Math for the 2009-2010 school year, earning 1 Carnegie Unit of Advanced Math.

**Fine Arts Survey/Fine Arts 1040**

- Attend a school that offers LVS courses
- 18 PLAN or ACT Composite score (or SAT equivalent)
- 3.00 Cumulative GPA – Junior Status
- 2.75 Cumulative GPA – Senior Status

**American History/History 2020**

- Attend a school that offers LVS courses
- 18 PLAN or ACT Composite score (or SAT equivalent)
- 3.00 Cumulative GPA – Junior Status
- 2.75 Cumulative GPA – Senior Status

**Principles of Sociology/Sociology 1010**

- Attend a school that offers LVS courses
- 18 PLAN or ACT Composite score (or SAT equivalent)
- 3.00 cumulative GPA - Junior Status
- 2.75 cumulative GPA - Senior Status

on school system policies, students may also earn high school credit for Engineering 109. Questions regarding high school credit should be directed to the high school counselor.

**In order to be eligible for the McNeese Dual Enrollment Program, students must:**

- Be at least 15 years of age and currently enrolled in the 11th or 12th grade at a public or private Louisiana high school;
- Be on track for completing the Regents/TOPS high school core (students graduating in 2009, 2010, and 2011) or the Louisiana Core 4 Curriculum (students graduating in 2012 and beyond);
- Have a cumulative 2.75 high school grade point average (on 4.0 scale);
- Have a minimum composite score of 17 on the PLAN assessment or 18 on the ACT assessment;
- Be in good standing as defined by the high school; and
- Have permission from the high school to participate.

To apply for admission into the McNeese Dual Enrollment Program, a student should complete the Dual Enrollment Initial Application and submit it to his/her high school counselor. Once the counselor completes the high school section of the form, the application should be faxed to Dr. Nikos Kiritsis, Dean, College of Engineering and Engineering Technology at (337) 475-5237. A one-time application fee of $20 is required and will be charged to the student's University account. Questions regarding the program or application process should be directed to Dr. Nikos Kiritsis at (337) 475-5857 or nikosk@mcneese.edu.

Once a student is accepted, University personnel will register the student in the course, and tuition and fees of $180 will be assessed to the student's University account. Textbooks are not required for the course. This course is not funded by the Louisiana Early Start Program. At this time, McNeese State University intends to cover the tuition for all registered students through scholarships supported by a federal grant. We strongly urge all interested students to fill out the McNeese Scholarship Application and turn it in with the Dual Enrollment Application. To be considered for a scholarship, interested students should complete the McNeese Scholarship Application and fax it to Dr. Nikos Kiritsis, Dean, College of Engineering and Engineering Technology at (337) 475-5237. Once the scholarship funding has been finalized, students will be contacted with inforamtion. At this time, our intent is to seek funding that will cover the entire tuition for every student enrolled.

**McNeese key dates:**

- Friday, January 8: Dual Enrollment Application deadline
- Tuesday, January 19: Classes begin
- Thursday, January 21: Last day to add a class
- Friday, January 22: Fee payment deadline
- Thursday, April 8: Last day to withdraw from class
- Wednesday, May 5: Classes end
- Tuesday, May 12: Final examinations end

**Dual Enrollment Program Initial Application**

**McNeese Scholarship Application**

**LVS Information**

- **Need Information on the LVS?** Click here.
- **2009-10 Academic Honesty and Acceptable Use Policy** Click here

- 2.75 cumulative GPA - Senior Status

To apply for admission into the **Louisiana Early Start Program** students should contact Julie Longlois with the Carl D. Perkins Program Office at (318) 357-5721 or e-mail longloisj@nsula.edu . A $20.00 application fee to the university is required.

Students planning to attend any of Louisiana's public universities after graduation should visit the "Board of Regents' Statewide Student Transfer Guide and Articulation System" (http://www.regents.state.la.us/articulation.html) to verify course transferability.

**NSU key dates:**

- Regular advising/registration; January 7-8, Thrus-Fri
- Late registration (fee applies); January 11-20, Mon-Wed
- First day of classes; January 11, Mon
- Final day to register and add courses; January 20, Wed
- Final day to drop a class and be refunded or have fees adjusted; January 20, Wed
- Final day to resign, drop courses with a grade of "W"; March 12, Fri
- Resignation with refund: Refer to the University/Resignation/Refund Policy for resignation/refund dates.

Louisiana Early Start Program Student Application

- **2009-10 Academic Honesty and Acceptable Use Policy** Click here
- Complete 2009 - 2010 LVS Calendar

## Contact Us

**Ken Bradford**
Assistant Director
Division of Leadership and Technology
225-219-0434
Ken.Bradford@La.Gov

**Rima Duhon**
Advanced Placement Program Coordinator
225-219-0440
Rima.Duhon@LA.Gov

**Dianne Gauthier**
Algebra I Online Program Coordinator
225-219-0442
Dianne.Gauthier@LA.Gov

**Stephanie Cox**
LVS Professional Development Coordinator
225-219-0451
Stephanie.Cox@LA.Gov

**Sandy Huval**
LVS 8(g) Program Administrator
225-219-0436
Sandy.Huval@LA.Gov

**LVS Technical Support**

**Lionel McManus**
LVS Network Specialist Technology Support
225-219-0446
Lionel.McManus@LA.Gov

**Tandra Oubre**
LVS Programmer / Database Specialist
225-219-0449
tandra.oubre@LA.Gov

**LSMSA-LVS Site Coordinator**
Dr. Richard Loftin
1-800-256-2854
rloftin@lsmsa.edu

**The Louisiana Virtual School is a Board of Elementary & Secondary Education (BESE) 8(g) funded program.**

**Virtual School Registration System running on Penguin!**

**Please direct questions and comments to the Division of Technology.**

http://www.sacbee.com/2010/02/24/2560205/elk-grove-unified-to-open-a-virtual.html
02/26/2010 10:31:35 AM



The cyber school could help the district bring back students who have left to attend charter or private schools, and could draw students from other districts, said Anne Zeman, director of curriculum and professional learning for the district. And with those additional students will come additional state funding.

Elk Grove will pay K12, the company that provides the instruction plans and materials, 85 to 90 percent of the $5,219 the district receives from the state for each student, Zeman said.

She said the district may not make any money on the endeavor, but she's certain it won't cost any more than it brings in. "We can't afford to embark on a program that is a new expense," she said.

ruin your opinion of 1700 very nice kids.

-- shupedog

Leave your comment

**More on sacbee.com** powered by Lingospot

**Schwarzenegger wants teacher evaluations tied to student...**
Torey Van Oot, 5 months, 3 weeks ago

**Tattoo- a- thon in Rosevile a fundraiser for UC Davis Children's Hospital**
Dixie Reid, 1 week ago

**Beijing Dance Academy troupe to perform at UC Davis**
Jim Carnes, 1 week ago

Unlike continuation programs or some charter schools that cater to students who struggle with a traditional classroom environment, Zeman said, the Elk Grove virtual school will be for students of all academic levels.

It will be "no piece of cake" academically, she said. The materials provided by K12 for the program have been reviewed by staff to ensure they are on par with the curriculum taught at district schools.

Students in the virtual program will learn most of their lessons on a computer at home. They'll go to a real campus for tests and to meet from time to time with a teacher.

Sacramento City Unified leaders have selected a task force to study the possibility of a virtual school in that district, said Mary Shelton, acting chief academic officer.

"We're looking at a model that pulls in students from outside our district," she said. "That's how you increase your ADA (average daily attendance)."

Sacramento City and Elk Grove officials say money isn't the only reason they are pursuing online programs.

"Our primary goal is to maintain the reputation and integrity of our district by providing the best education possible for our students," Zeman said. "We're looking for parents to take another look."

**Robot lends a hand in UCD heart surgery**
KXTV - News Local, 1 day, 16 hours ago

**Badly burned Modesto firefighter leaves hospital**
KXTV - News Local, 2 days, 17 hours ago

**Most Wanted: Enrique Garcia**
The Modesto Bee: Local, 2 days, 5 hours ago

**Roseville tattoo- a- thon aims to raise funds for sick kids**
KXTV - News Local, 6 days, 12 hours ago

MOST VIEWED | BLOG POSTS

Judge orders back pay for some furloughed California workers

49ers eye offensive linemen at combine

Dorothea Puente's former home up for sale

Tattoo artists welcome regulation in Sacramento hearing

Judge orders back pay for some furloughed state workers

Body found near Sacramento River in Colusa County

QUICK JOB SEARCH

Enter Keyword(s): Enter a City:

Most local districts still are just dipping their toes into the virtual education pool, blending online learning with class time.

In the Twin Rivers Unified School District, high school students can take a biology class that combines lessons from teachers with online labs and collaboration with peers, said Sarah DiRuscio, director of Educational Technology-Secondary Education.

The Folsom Cordova Unified School District offers online courses in English 3 for high school students and geometry for middle and high school students. The students meet online to discuss class work and are proctored on tests.

Many districts offer online courses for students trying to make up classes to graduate. These programs have become more popular lately, as school districts have shuttered summer schools and after-school programs.

Elk Grove Unified started offering supplemental online classes for credit-deficient juniors and seniors this year.

Junior Kristin Allen was in the computer lab Thursday at Valley High School taking an online Algebra II class after school. She had received a D in the class previously. She said she was trying to stay on track so she can apply to universities this spring.

But is online learning a good alternative?

"It depends," said Cynthia Carter Ching, an associate professor with the School of Education at UC Davis.

"Students who are self-motivated do fine in these types of environments, but those who need more help are not going to get that sort of social reinforcement support structure," she said.

She said parents of virtual students need to be involved and should monitor them to make sure they aren't goofing off online.

"I think that, as a parent, before you make a decision about online school, you have to know your child and know what you are capable of," Ching said.

She also said students need to interact with teachers and peers.

"You don't want to have a situation where you have a third-grader uploading and downloading assignments with very little interaction with teachers and peers," Ching said.

She recommends that school districts go with online schools that let students interact with one another online, instead of working in solitude.

Enter Keyword(s):
Enter a City:
Sacramento
Select a State:
California
Select a Category:
All Job Categories
Advanced Job Search | Search by Category
Submit
SACRAMENTO BEE TOP JOBS »
SOCIAL SERVICES
Why ...
View All Top Jobs
Buy
cars.com
Used Cars
Dealer and private-party ads
Make:
Acura
Model:
Select a Model
Price Range:
$0 to No Max
Search within:
30 miles of ZIP 95814
Search used
Advanced Search | 1982 & Older

http://www.sacbee.com/2010/02/24/2560205/elk-grove-unified-to-open-a-virtual.html
02/26/2010 10:31:35 AM

another online, instead of working in solitude.

Regardless of the method, online learning is appealing to more and more students. Sacramento City's Shelton attributes the increased popularity to students' familiarity with technology.

"I think it's the shape of things to come as we see more and more college courses online," Shelton said. "I think it's finally moving down to the secondary level. It is something our students are comfortable with and demand."

*© Copyright The Sacramento Bee. All rights reserved.*

Share This

Buzz up!

*Call The Bee's Diana Lambert, (916) 321-1090.*

Hide comments on sacbee.com

**About Comments**

Reader comments on Sacbee.com are the opinions of the writer, not The Sacramento Bee. If you see an objectionable comment, click the "report abuse" button below it. We will delete comments containing inappropriate links, obscenities, hate speech, and personal attacks. Flagrant or repeat violators will be banned. See more about comments here.

POWERED BY Pluck

**You must be logged in to leave a comment. Login | Register**

Submit

**Comments:** 25 **Showing:** Newest first

**kittykatt2104 wrote on 02/26/2010 00:19:51 AM:**

It seems like a great concept because it is! :) CAVA (California Virtual Academy) is a charter school that already exists and is fully implementing K12's curriculum. I think as class sizes get larger and parents look into charter school options they will find this school a great resource. k12.com/cava check it out! :)

http://www.sacbee.com/2010/02/24/2560205/elk-grove-unified-to-open-a-virtual.html
02/26/2010 10:31:35 AM

options they will find this school a great resource. k12.com/cava check it out! :)

Recommend (0) Report abuse

califgrrrl wrote on 02/24/2010 03:42:50 PM:

Leave it to EGUSD to pay the same amount for a 'virtual' program that they pay for a 'real' classroom. I would think that it shouldn't have cost more than 1/4 of the regular cost. Less money for real teachers and more profit for some faceless corporation.

Recommend (0) Report abuse

johnpatcase wrote on 02/24/2010 01:06:40 PM:

. . .
This is virtually brilliant.

Each student lost to a Charter School costs the district $5219 in state money. The district needs to replace these lost students to avoid budget cuts.

The question is, will the state accept the concept of 'virtual students' ?

Since no one will ever actually see these 'virtual' students, how will the attendance records be verified ? Since no one will ever actually see these 'virtual' students, how will the billing claims from the K12 company be verified ?

What will be done about K12 school supply packages with 'virtual' student ID numbers that are found later in flea markets, etc ?

Is this a 'virtual' union scam, or what ?
. . .

Recommend (1) Report abuse

Sacramento1 wrote on 02/24/2010 12:41:31 PM:

If a child fails, falls behind, whatever in school, the blame goes on the parents and the child It was a few years ago the kid who got a perfect score on his SATs, he was in a public school and I'm pretty sure it was Franklin, a school in EG. A family friend had a son go to Franklin and he graduated with a 5.0, went to

http://www.sacbee.com/2010/02/24/2560205/elk-grove-unified-to-open-a-virtual.html
02/26/2010 10:31:35 AM

Berkley graduated, got into Columbia University, but came back because he got into Stanford. Who do you give credit for this kid doing good in a public school? The school? No, the parents and the kid.

Recommend (2) Report abuse

**lunchtimereader wrote on 02/24/2010 12:37:18 PM:**

Do u really think these kids will be doing their school work online?

World or Warcraft anyone?

Recommend (3) Report abuse

**m8086 wrote on 02/24/2010 11:21:12 AM:**

I am seeing comments about the need for brick and mortar schools. Currently most kids in middle and high school live on line either by text, email, or video games. Using a virtual environment for them to learn is a great way to learn other skills, eg computers, programming, etc. Sorry but being a single parent and using schools as a babysitting service is wrong. We should also be looking at reducing high school from 4 years to 2 years and allowing kids to go on to college, careers. I can't wait to see the comments on that.

Recommend (3) Report abuse

**lgb1228 wrote on 02/24/2010 10:28:35 AM:**

One thing I have not seen mentioned here is the in-home monitoring for the children that take these online virtual classes. As a single parent, I cannot just leave my child at home to do their school work while I go to work. The brick and mortar school buildings will still be needed, as most adults have to work to survive these days.

Recommend (6) Report abuse

**KaHaley wrote on 02/24/2010 10:24:15 AM:**

Finally, more schools are waking up to this concept. Yes it is Independent Study, but it also is a form of 'Differentiation', an educational concept that too many teachers either don't comprehend or can't deliver. At the very least it should be used in every district as a replacement for summer school, especially

http://www.sacbee.com/2010/02/24/2560205/elk-grove-unified-to-open-a-virtual.html
02/26/2010 10:31:35 AM

for students that failed courses or need supplemental help to keep them on track.

Recommend (2) Report abuse

richman25 **wrote on 02/24/2010 09:53:42 AM:**

This type of education has been around for a long time. It was called Independent study. With the development of technology, online education takes a great stride forward. Many Independent study charter schools have grown in enrollment since computers & their interconnection have become common household tools. It may not completely replace brick & mortar schools but like businesses have found, it is a great alternative and preferred in many instances. It is also a lot cheaper to educate a child this way when you don't have to build a school, pay for layers of administration, and hire several teachers. Much of the annual ADA ($5,219) could be used for student instruction through the online means. Independent study families (Homeschoolers), have found that the independent study charter schools are effective. School districts now need to compete with this model or lose clients like Compaq did with Dell.

Recommend (1) Report abuse

More comments on this story: 1 2 3

Laguna Village Dental
Read this Health Service's reviews & find more local
Sacramento.Citysearch.com

Property Management in Elk Grove, CA
Effective and Affordable
www.saccityrentals.com

Hotels in Sacramento
Find Hotel Rooms In CA. Search Your Listings At Local.com.
Hotels.Local.com

Ads by Yahoo!

Contact Us
- Site Feedback
- Corrections
- Letters to the Editor
- Bee Jobs

Share Content
- Share your pictures
- Share your videos
- News tips

Advertise With Us
- Place a classified ad
- Place a real estate ad
- Place a rental ad
- Place a newspaper ad

Online Extras
- Newsletters & Alerts
- Mobile
- RSS Feeds
- Maps & Directions

Copyright © The Sacramento Bee | Terms of Service | Privacy Policy | About our ads | Copyright | About The Sacramento Bee | About the McClatchy Company

http://portal.dadeschools.net/          02/26/2010 10:32:44 AM



*Providing the portal to 21st Century education– online, anytime.*

### What is Broward Virtual School?

Broward Virtual School offers full-time enrollment to students in grades K-12 through an online delivery system. Students in grades 6-12 may enroll part-time as well. BVS offers equitable access to high quality, individualized education, through the Internet and other distance learning technologies. The virtual environment provides flexibility of time and location, and promotes development of the skills, the attitudes, and the self-discipline necessary to achieve success in the 21st century. Broward Virtual School offers students the opportunity to earn a standard high school diploma entirely online.

Broward Virtual School's instructional program offers a variety of assessment techniques that address various learning styles and intelligence types. Online learning enables students to assume responsibility in their own learning. As a component of The School Board of Broward County, Broward Virtual School is fully accredited by the Southern Association of Colleges and Schools (SACS) and Commission on International and Trans-Regional Accreditation (CITA). Broward Virtual School is a franchise of Florida Virtual School.

Broward Virtual School is a franchise partner with Florida Virtual School for middle and high school curriculum. BVS is proud to be the top performing Florida Virtual School franchise in Florida for school years 2008-09 and 2009-10. BVS partners with K12 Inc. for its elementary school program. For more information about the K-5 program, please visit www.k12.com.

faq
news
registration
info
links
guidance
home





Home Page

TVS Overview

Available Courses

Registration Forms

Teacher Opportunities

ESC Partners

ESC Happenings

## Overview

*The **Texas Virtual School** (TVS) offers an innovative learning opportunity for **Texas' schools and their students .** Learn how your **district** and **campus** can be a part of this unique experience.*

### What is the TVS Initiative?

The Texas Virtual School is a web-based learning initiative designed to meet the needs of Texas public school students and educators. Private school students and staff are welcome to take advantage of the programs offered through the Texas Virtual School. Its mission is to provide extended and flexible learning opportunities for secondary students and educators through web-based programs. **Schools can only enroll students for-credit and not-for-credits courses.** Educators can enroll in professional development sessions covering an array of topics and roles within the school setting.

### Why take a TVS course?

There are two reasons why schools take advantage of the programs offered by the Texas Virtual School. First, students have access to learning new content and skills which may not be otherwise available. Whether it is an advanced course for a middle school student, a summer course for an early high school graduate, or a new leadership skill for a beginning administrator, the Texas Virtual School can bring expanded learning opportunities to any school. Second, learners have flexibility in attending and completing web-based programs. Learning occurs where and when the learner's schedule permits.

### What are additional benefits?

- for-credit courses aligned to TEKS
- taught by Texas Certified Teachers
- cost-effective
- addresses advanced needs
- offers specialty coursework
- overcomes scheduling challenges
- provides high quality learning activities
- Who can take a course?

**Any public or private school student may take a TVS course by enrolling through their school.** Any teacher, administrator, or other staff member may enroll as an individual or through their school.

Contact TVS

© Copyright 2005 Region 4
All rights reserved



http://ncvps.org/about/ 02/26/2010 10:37:19 AM

North Carolina
Virtual Public School
HISTORY
DIRECTOR'S CHAIR
CALENDARS
CONTACT US
HOME
ABOUT US
NC Education Cabinet Executive Director
NCVPS/LEO Advisory Board
History
E-Learning Legislation
COURSES
OPERATIONS GUIDE
PARENT & STUDENT INFORMATION
TEACHING FOR NCVPS
About Us
Technology and schools
NEWS 14 Carolina
Dr. Bryan Setser
Executive Director
NCVPS Talks Technology and Schools with News 14
Click Here to Watch Interview
The North Carolina Virtual Public School (NCVPS) is committed to raising achievement and closing learning gaps with 21st century innovation by providing access to world class learning opportunities for all North Carolina students. We provide the vehicle for school districts to accomplish the State Board of Education's goals of producing 21st century learners,

LEA PARTNERSHIP
ONLINE LEARNING RESULTS & REPORTS
WEB 3.0 & E-LEARNING
NEWS & INFORMATION
LEARN & EARN ONLINE
HELP/FEEDBACK
DIRECTORY
JOIN NCVPS ON FACEBOOK

accomplish the State Board of Education's goals of producing 21st century learners, professionals, leaders, and systems by providing easily accessible, online learning opportunities for our state's most valuable resource: its children. Our mission is to provide skills, student support, and opportunities for 21st century learners to succeed in a globally competitive world. We offer over 72 courses-including Advanced Placement (AP), world language, and credit recovery courses-to students across the state of North Carolina. The courses utilize the Blackboard course management software to maximize student interaction in each class. Our courses are taught by highly qualified teachers who utilize video, interactive whiteboards, wikis, active worlds, and online discussion tools to engage 21st century learners.

Thanks to the leadership of Governor Beverly Perdue and the NC General Assembly, students can also earn college credits through Learn and Earn Online (LEO). NCVPS is proud to offer LEO as a resource for North Carolina students. Registration for these courses is now underway.

At NCVPS, we are confident you will have a positive online learning experience, but more importantly, we hope that students will apply their new learning skills to serve, work, and lead in a globally competitive world.

Bryan Setser
Chief Executive Officer
North Carolina Virtual Public School

For and overview of NCVPS and Learn and Earn Online's progress and future, please read '*Educating the Social and Mobile Generation*'.