# EXHIBIT 5

EverySchoolDayCounts—From day 1 until the last day of school, attendance matters! GO>>

**DIGITAL ACADEMY**
OF FLORIDA
POWERED BY STRIDE K12

CALENDAR   ELEMENTARY SCHOOL   MIDDLE SCHOOL   HIGH SCHOOL   📞 855.848.5851   🔍

ENROLL NOW ☑

OLS LOGIN ☑

💬 Chat

📞 Call

✉ Email

About Our School     How It Works     Curriculum     Destinations Career Program     Resources

WHAT'S ONLINE LEARNING LIKE?

# Through videos, images, and timelines, see an average day in the lives of several K12-powered students. ☑

‹ ›

## Welcome to DAOF

Digital Academy of Florida (DAOF), a program of Hendry County District Schools, is committed to partnering with families across the state and helping students in grades K–11* discover their unique potential through personalized learning and the right tools.

ABOUT OUR SCHOOL



**FAQs**



**Rigorous, Interactive Curriculum**



**Florida-Certified Teachers**

## What is the Destinations Career Program at DAOF?

Destinations gives 7th–11th* graders the chance to explore career options and gain an edge for the future. Students take core academic courses as well as career-focused electives in the high-demand field of their choice.



**EARN COLLEGE CREDITS**



**GAIN INDUSTRY EXPERIENCE**



**DEVELOP REAL-WORLD SKILLS**

**LEARN MORE**

### Webinar: How It Works — Online Teachers ⧉

Tune in as a panel of teachers at K12-powered schools share what a day in the life of an online educator looks like.

**LEARN MORE** ⧉



## Questions?

Get answers to the most common FAQs.

**LEARN MORE**

## Ready to Join Us?

Get the process started by creating a Parent Portal account or logging in to your existing account.

**ENROLL NOW** ⧉

*Digital Academy of Florida is currently available for students in grades K–11, with plans to add grade 12 in the 2021–2022 school year.



**DIGITAL ACADEMY**
OF FLORIDA

POWERED BY STRIDE K12

Digital Academy of Florida
9143 Phillips Highway, Suite 590
Jacksonville, FL 32256

Enrollment/Program inquiries (toll-free):
**855.848.5851**

Local School Office (toll-free):
**844.269.9230**

Local School Office (local):
**484.713.4353**

Contact Us
Career Opportunities
Non-Discrimination Notice
Privacy Policy ☑
Accessibility ☑
Terms of Use ☑
Sitemap

**FORTIFYFL APP** ☑

The FortifyFL app is available for any student, educator, parent, or member of the public to report school safety concerns directly to law enforcement and school administrators anonymously and easily. The app, available for download at https://getfortifyfl.com for Apple and Android mobile devices, is critical to ensuring all Florida schools are safe environments where students and educators can experience and share the joy of learning without fear.

**Children's and Families Abuse Hotline:**
**1.800.962.2873**



**K12 APP** ☑

Find the right school, enroll, get ready for the first day, and track your student's progress.

Download for iOS ☑    Download for Android ☑



Families do not pay tuition for a student to attend an online public school. Common household items and office supplies like printer ink and paper are not provided. Our enrollment consultants can help address your technological and computer questions and needs.

Meet Stride        Helpful Links        Schools by State        District Solutions ☑        Call Us

© 2021 Digital Academy of Florida. All rights reserved.

Need More Info