# EXHIBIT 6

2/18/2021                                                           K12 vs. Other Online Learning Solutions | K12

Case 6:20-cv-02354-GAP-EJK   Document 17-6   Filed 02/18/21   Page 2 of 5 PageID 248

(https://www.k12.com/)

# K12 vs. Competitors

## What makes K12-powered schools different from other online learning solutions like Connections Academy and Time4Learning?

You and your child have numerous online school options. Schools powered by K12 are experienced in helping students fulfill their academic potential. When weighing your online school options like K12, Connections Academy, and Time4Learning, consider these components of a successful online school environment.



Organization accreditation provides validation of the equivalency of diplomas and certificates to other accredited schools and universities.



The approach to curriculum development provides insight into how personalized your student's learning experience will be.



State-certified teachers provide support and tailor instruction to meet each learner's unique needs.



Available opportunities for socialization give a glimpse into how your child will connect with their peers.



Electives, support programs, tutoring, and career readiness programs show an extended commitment to your student's success during school and beyond graduation.

## What Sets K12 Apart?

Learn more about K12 compared to other online learning solutions, like Connections Academy and Time4Learning.

**Programs & Curriculum**          **Career Readiness and Support**          **Student and Parent Experience**→



## Commitment to Personalized Learning

We apply more than 20 years of experience to curriculum development, teacher training, and technology to meet your child's specific needs.

- K12 is a Cognia-accredited corporation, meeting the highest standards of educational management.

- Graduates earn diplomas recognized by colleges and universities worldwide.

- Students receive instruction in live online sessions led by state-certified teachers with rigorous, interactive curriculum and a variety of electives.

2/18/2021 K12 vs. Other Online Learning Solutions | K12

Case 6:20-cv-02354-GAP-EJK   Document 17-6   Filed 02/18/21   Page 5 of 5 PageID 251



# K12 vs. Other Online Learning Solutions

When comparing K12 to other online learning solutions like Connections Academy and Time4Learning, use this checklist to weigh your options.

