**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FLORIDA VIRTUAL SCHOOL,**

**Plaintiff,**

**vs.** **Case No.: 6:20-cv-02354-GAP-EJK**

**STRIDE, INC., formerly known as**
**K12 INC., and K12 FLORIDA LLC,**

**Defendants.**
**____________________________________/**

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS STRIDE, INC., FORMERLY KNOWN AS K12 INC., AND K12 FLORIDA, LLC**

Defendants, STRIDE, INC., formerly known as K12 INC.,[1] and K12 FLORIDA, LLC (collectively "K12"), by and through undersigned counsel, hereby file their Supplemental Certificate of Interested Persons and Corporate Disclosure Statement, and states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to

[1] Effective December 16, 2020, Stride, Inc., formerly known as K12 Inc. (the "Company"), filed a Certificate of Amendment to the Fourth Amended and Restated Certificate of Incorporation of K12 Inc. (the "Certificate of Amendment") with the Secretary of State of the State of Delaware to effect a change of the Company's legal name from K12 Inc. to Stride, Inc. (the "Name Change"). The Company subsequently filed a Fifth Restated Certificate of Incorporation of Stride, Inc. (the "Restated Certificate"), reflecting the new name with the Secretary of State of the State of Delaware on December 16, 2020. Stride, Inc. Form 8-K Report published Dec. 16, 2020. *See* https://sec.report/Document/0001104659-20-136012/.

this action or in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

**PLAINTIFF AND ITS COUNSEL**

FLORIDA VIRTUAL SCHOOL

Stephen Hart Luther, Esq.
Luther Law, PLLC
4767 New Broad Street, # 1029
Orlando, Florida 32814

Stephanie M. Marchman, Esq.
Thomas C. McThenia, Jr., Esq.
Michael J. Colitz III, Esq.
Gray Robinson, P.A.
720 SW 2nd Avenue, Suite 106
Gainesville, FL 32601-6250

Luis R. Guzman, Esq.
Assistant General Counsel
Florida Virtual School
Office of General Counsel
2145 Metrocenter Blvd., Ste. 100
Orlando, FL 32825

**DEFENDANTS AND THEIR COUNSEL**

STRIDE, INC., f/k/a K12 INC., and K12 FLORIDA, LLC

Steven P. Hollman, Esq. (admitted pro hac vice)
Abraham J. Shanedling, Esq. (admitted pro hac vice)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue, NW, Suite 100

Washington, DC 20006-6801

Daniel C. Johnson, Esq.
Eleanor M. Yost, Esq.
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456

**PARENT CORPORATIONS OF DEFENDANTS**

K12 MANAGEMENT, INC.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the credits' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing

upon learning of any such conflict.

Respectfully submitted this 12th day of March, 2021, by:

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

By: [signature]
Steven Hollman*
Trial Counsel
Abraham Shanedling*
Trial Counsel
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Phone: (202) 747-1941
Fax: (202) 747-3912
email: shollman@sheppardmullin.com
email: ashanedling@sheppardmullin.com
* *admitted pro hac vice*

Daniel C. Johnson, Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. No.: (407) 849-0300
Fax No.: (407) 648-9099
Email: djohnson@carltonfields.com
Secondary: dcarlucci@carltonfields.com
Secondary: orlecf@cfdom.net

Eleanor M. Yost, Trial Counsel
Florida Bar No. 1003178
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780
Tel. No.: (813) 229-4395
Fax No.: (813) 229-4133
Email: eyost@carltonfields.com
*Attorneys for Defendants*
*Stride, Inc., and K12 Florida, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of March, 2021, I e-filed a copy of the foregoing SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS STRIDE, INC., FORMERLY KNOWN AS K12 INC., AND K12 FLORIDA, LLC with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using its CM/ECF system which will electronically notify all counsel or parties of record.

*/s/ Daniel C. Johnson*
Daniel C. Johnson