# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FLORIDA VIRTUAL SCHOOL,

    Plaintiff,

v.                                                 Case No:   6:20-cv-2354-GAP-EJK

K12, INC. and K12 FLORIDA, LLC,

    Defendants

---

## ORDER

This cause comes before the Court on Defendants' Motion to Disqualify Counsel (Doc. 73) filed March 15, 2022.

On April 20, 2022, the United States Magistrate Judge issued a report (Doc. 79) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendants' Motion to Disqualify Counsel (Doc. 73) is **GRANTED**. The law firm of GrayRobinson, P.A. is disqualified as counsel for Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 4, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party