# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FLORIDA VIRTUAL SCHOOL,

        Plaintiff,

v.                                      Case No. 6:20-cv-02354-GAP-EJK

K12, INC. a foreign corporation and
K12 FLORIDA, LLC, a foreign limited
liability company,

        Defendants.

_____/

## NOTICE OF APPEARANCE BY COUNSEL FOR PLAINTIFF

    Please take notice that Kyle Mason of Bishop & Mills, PLLC hereby enters

an appearance as counsel for Plaintiff, and requests to be copied on all future

pleadings, correspondence, and other communications.

    Respectfully submitted this 9th day of June, 2023.


                              BISHOP & MILLS, PLLC

                              By /s/ *Kyle William Mason*
                                    Kyle William Mason

                              Thomas E. Bishop
                              Florida Bar Number 956236
                              Katharine N. Roth
                              Florida Bar Number 106692

Kyle William Mason
Florida Bar Number 1045149
510 N. Julia Street
Jacksonville, Florida 32202
(904) 598-0034/(904) 598-0395 (facsimile)
*tbishop@bishopmills.com*
*kroth@bishopmills.com*
*kmason@bishopmills.com*
*apoole@bishopmills.com*
*service@bishopmills.com*

Stephen H. Luther
Trial Counsel
Florida Bar No. 528846
LUTHER LAW PLLC
4767 New Broad Street, #1029
Orlando, FL 32814
407 501-6711 x101 (Main)
407 501-7049 (Direct)
sluther@lutherlawgroup.com

David J. D'Agata, Esq.
General Counsel
Florida Bar No. 663891
Luis R. Guzman, Esq.
Sr. Asst. General Counsel
Florida Bar No. 570613
Florida Virtual School
5422 Carrier Drive, Suite 201
Orlando, Florida 32819
Office: 407-513-3451
ddagata@flvs.net
luguzman@flvs.net

Leonard J. Dietzen
Florida Bar No.: 0840912
E-mail: ldietzen@rumberger.com
Rumberger, Kirk & Caldwell, P.A.

101 North Monroe Street, Suite 120
Tallahassee, FL 32301
Tel: 850.222.6550
Fax: 850.222.8783
Suzanne Barto Hill
Florida Bar No. 0846694
E-Mail: sculley@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

*Attorneys for Plaintiff, Florida Virtual School*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 9, 2023, this document was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which electronically notifies all counsel of record.

/s/ *Kyle William Mason*
Attorney