# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FLORIDA VIRTUAL SCHOOL,

        Plaintiff,                Case No.: 6:20-cv-2354-GAP-EJK

v.

STRIDE, INC., formerly known as
K12, INC., and K12 FLORIDA, LLC,

        Defendants.

_____/

## JOINT NOTICE REGARDING EXHIBIT LIST FOR DAUBERT HEARINGS

Plaintiff Florida Virtual School ("FLVS") and Defendants Stride, Inc. and K12 Florida, LLC ("Stride") (collectively "the Parties") hereby file this Joint Notice Regarding Exhibit List for Daubert Hearings set for June 15, 2023.  *See* Dkt. 222. In support thereof, the Parties state:

Pursuant to Local Rule 3.07, in advance of the June 15, 2023, evidentiary hearings on the motions to exclude expert testimony, the Parties have prepared and exchanged a joint exhibit list. The Parties agree that the exhibits are admissible for purposes of the June 15th hearings only. Neither party consents to the admissibility or use of the expert reports or other exhibits for any purpose other than consideration at the *Daubert* hearings.

Respectfully submitted this 14th day of June, 2023.

/s/ *Steven P. Hollman*
Steven P. Hollman
(admitted *pro hac vice*)
Trial Counsel
shollman@sheppardmullin.com
Abraham Shanedling
(admitted *pro hac vice*)
Trial Counsel
ashanedling@sheppardmullin.com
Charles Spencer-Davis
(admitted *pro hac vice*)
Trial Counsel
cspencerdavis@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
 HAMPTON LLP
2099 Pennsylvania Ave., N.W., Ste 100
Washington, D.C. 20006-6801
Tel. (202) 747-1941
Fax (202) 747-3012

Daniel C. Johnson, Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. (407) 849-0300
Fax (407) 648-9099
djohnson@carltonfields.com
Secondary:
dcarlucci@carltonfields.com
Secondary: orlecf@cfdom.net

Eleanor M. Yost, Trial Counsel
Florida Bar No. 1003178
4221 W. Boy Scout Boulevard, Ste
1000

/s/ *Stephen H. Luther*
Stephen H. Luther
Trial Counsel
Florida Bar No. 528846
LUTHER LAW PLLC
4767 New Broad Street, # 1029
Orlando, FL 32814
407 501-6711 x101 (Main)
407 501-7049 (Direct)
sluther@lutherlawgroup.com

David J. D'Agata, Esq.
General Counsel
Florida Bar No. 663891
Luis R. Guzman, Esq.
Sr. Asst. General Counsel
Florida Bar No. 570613
Florida Virtual School
2145 Metrocenter Blvd., Suite 100
Orlando, Florida 32835
Office: 407-513-3451
ddagata@flvs.net
luguzman@flvs.net

Thomas E. Bishop
BISHOP & MILLS, PLLC
Florida Bar No. 956236
510 N. Julia Street
Jacksonville, FL 32202
Tel. (904) 598-0034
Fax. (904) 598-0395
tbishop@bishopmills.com

Suzanne Barto Hill
Florida Bar No. 0846694

Tampa, Florida 33607-5780
Tel. (813) 229-4395
Fax (813) 229-4133
eyost@carltonfields.com

*Attorneys for Defendants*
*Stride, Inc., and K12 Florida LLC*

E-mail: shill@rumberger.com
Sally R. Culley
Florida Bar No. 0095060
E-Mail:  sculley@rumberger.com
RUMBERGER, KIRK &
     CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Leonard J. Dietzen
Florida Bar No.:  0840912
E-mail:  ldietzen@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
101 North Monroe Street, Suite 120
Tallahassee, Florida 32301
Tel:  850.222.6550
Fax:  850.222.8783

*Attorneys for Plaintiff Florida Virtual*
*School*