# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FLORIDA VIRTUAL SCHOOL,

      Plaintiff,                                    Case No.: 6:20-cv-2354-GAP-EJK

v.

STRIDE, INC., formerly known as
K12, INC., and K12 FLORIDA, LLC,

      Defendants.

_____/

## TIME SENSITIVE JOINT AGREED MOTION TO MODIFY THE ORDER ESTABLISHING COUNTERCLAIM DEADLINES (Doc. 163)

Plaintiff Florida Virtual School ("FLVS") and Defendants Stride, Inc. and K12 Florida, LLC ("Stride") (collectively "the Parties") hereby file this Joint Agreed Motion to Modify the Order Establishing Counterclaim Deadlines (Doc. 163) and respectfully ask the Court for minor modifications of the deadlines therein.

## TIME SENSITIVE NATURE OF MOTION

In accordance with Local Rule 3.01(e), the Parties advise the Court that this is a Time Sensitive Motion because it seeks relief with respect to the Parties' June 15, 2023, dispositive motions deadline.  *See* Doc. 163.

## MEMORANDUM OF LAW

On March 29, 2023, the Court entered an Order granting the Parties' Joint Motion for Consideration of Additional Deadlines related to Stride's amended

1

Counterclaims. (Doc. 163). At the Parties' request, the Court provided a deadline of June 15, 2023, for the Parties to file any motions on Stride's Counterclaim and any affirmative defenses to that Counterclaim. (*Id.*). The Court further provided that any responses must be filed by July 13, and any replies must be filed within 14 days following the filing of the response. (*Id.*)

Subsequently, the Court generously accommodated counsels' various schedules and re-set hearings on the Parties' Daubert Motions to June 15, 2023. Additionally, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), FLVS filed its Answer and Affirmative Defenses to the amended Counterclaims on June 13, 2023. (Doc. 240).

The Parties have been diligently working to meet the June 15 summary judgment deadline and have also been diligently working to prepare for the June 15 evidentiary hearings which will occupy senior counsel for both sides for most of the day. Stride is also reviewing FLVS's Answer and Affirmative Defenses to the Counterclaim which were only filed yesterday.

In light of the preparation for the Daubert hearings, and to ensure sufficient time for Stride to review FLVS's Answer and Affirmative defenses to determine whether it will seek summary judgment on any of FLVS's defenses, the Parties respectfully request the Court grant a one-week extension of all summary judgment

briefing deadlines for the Counterclaim and the Answer and Affirmative Defenses to same as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Counterclaim-Related Summary Judgment Motions | June 15, 2023 | June 22, 2023 |
| Responses | July 13, 2023 | July 20, 2023 |
| Replies | 14 days from Responses | 14 days from Responses |

Federal Rule of Civil Procedure 16(b)(4) provides that the Court may modify a schedule for good cause. The Court also has inherent authority to control the scheduling of the cases before it. *Mingo v. Sugar Cane Growers Co-op. of Fl.*, 864 F.2d 101, 102 (11th Cir. 2002). The Parties submit that good cause exists to modify the dates as requested for the reasons described. No other case management deadlines will be delayed because of the change, and no Party will be prejudiced by the brief modification. Nor do the Parties seek these schedule changes for purposes of delay.

Wherefore, the Parties respectfully request that the Court enter an Order granting a one-week extension of the summary judgment motion and response deadlines as set forth above, and maintaining the reply deadline of 14 days following the filing of the response.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for FLVS and Stride meaningfully and in good faith conferred via telephone and email, and the Parties jointly agree to the relief sought in this Joint Motion.

Respectfully submitted this 14th day of June, 2023.

/s/  *Stephen P. Hollman*
Steven P. Hollman
(admitted *pro hac vice*)
Trial Counsel
shollman@sheppardmullin.com
Abraham Shanedling
(admitted *pro hac vice*)
Trial Counsel
ashanedling@sheppardmullin.com
Charles Spencer-Davis
(admitted *pro hac vice*)
Trial Counsel
cspencerdavis@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP
2099 Pennsylvania Ave., N.W., Ste 100
Washington, D.C. 20006-6801
Tel. (202) 747-1941
Fax (202) 747-3012

Daniel C. Johnson, Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. (407) 849-0300
Fax (407) 648-9099
djohnson@carltonfields.com

/s/ *Stephen H. Luther*
Stephen H. Luther
Trial Counsel
Florida Bar No. 528846
LUTHER LAW PLLC
4767 New Broad Street, # 1029
Orlando, FL 32814
407 501-6711 x101 (Main)
407 501-7049 (Direct)
sluther@lutherlawgroup.com

David J. D'Agata, Esq.
General Counsel
Florida Bar No. 663891
Luis R. Guzman, Esq.
Sr. Asst. General Counsel
Florida Bar No. 570613
5422 Carrier Drive, Suite 201
Orlando, Florida 32819
Orlando, Florida 32835
Office: 407-513-3451
ddagata@flvs.net
luguzman@flvs.net

Thomas E. Bishop
BISHOP & MILLS, PLLC
Florida Bar No. 956236
510 N. Julia Street

4

Secondary:
dcarlucci@carltonfields.com
Secondary: orlecf@cfdom.net

Eleanor M. Yost, Trial Counsel
Florida Bar No. 1003178
4221 W. Boy Scout Boulevard, Ste 1000
Tampa, Florida 33607-5780
Tel. (813) 229-4395
Fax (813) 229-4133
eyost@carltonfields.com

*Attorneys for Defendants*
*Stride, Inc., and K12 Florida LLC*

Jacksonville, FL 32202
Tel. (904) 598-0034
Fax. (904) 598-0395
tbishop@bishopmills.com

Suzanne Barto Hill
Florida Bar No. 0846694
E-mail: shill@rumberger.com
Sally R. Culley
Florida Bar No. 0095060
E-Mail: sculley@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Leonard J. Dietzen
Florida Bar No.: 0840912
E-mail: ldietzen@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
101 North Monroe Street, Suite 120
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

*Attorneys for Plaintiff Florida Virtual School*