UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FLORIDA VIRTUAL SCHOOL,**

      **Plaintiff,**

**v.**                                                           **Case No: 6:20-cv-2354-GAP-EJK**

**K12, INC. and K12 FLORIDA, LLC,**

      **Defendants.**

### ORDER

This cause comes before the Court on the Unopposed Motion to Withdraw as Counsel for Plaintiff, Florida Virtual School (the "Motion"), filed July 12, 2023. (Doc. 264.) Therein, Attorneys Leonard J. Dietzen, Suzanne Barto Hill, and Sally Roger Culley seek to withdraw from their representation of Plaintiff. (*Id.*) Plaintiff will continue to be represented by the remaining attorneys of record. (*Id.*)

Accordingly, it is **ORDERED** that the Unopposed Motion to Withdraw as Counsel (Doc. 264) is **GRANTED**. Attorneys Leonard J. Dietzen, Suzanne Barto Hill, and Sally Roger Culley are **TERMINATED** from their representation of Defendant. The Clerk is **DIRECTED** to remove their names from the CM/ECF service list.

**DONE** and **ORDERED** in Orlando, Florida on July 14, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE