

# AMENDED EXHIBIT LIST OF PLAINTIFF FLORIDA VIRTUAL SCHOOL[1] FOR PHASE 1

_X_ Plaintiff          __Defendants          _____ Joint          ____ Government     _____Court

**Case No.: 6:20-cv-2354- GAP-EJK**
**Style:**  *Florida Virtual School v. Stride, Inc. (f/k/a K12 Inc.) and K12 Florida, LLC*

| Ex. No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections Stipulated Admissions | Description | Document Date | Bates Range | Stride Objections (if any) | Will Offer (A) or May Offer (B) |
|---|---|---|---|---|---|---|---|---|---|
| 109 | | | | | TM Reg. No. 5113241 File History | 11/3/2021 | FLVS00010446-FLVS00010492 | | A |
| 110 | | | | | TM Reg. No. 3830765 File History | 11/3/2021 | FLVS00010493-FLVS00010648 | | A |
| 111 | | | | | TM Reg. No. 5113248 File History | 11/3/2021 | FLVS00010649-FLVS00010707 | | A |
| 112 | | | | | TM Reg. No. 5113259 File History | 11/3/2021 | FLVS00010708-FLVS00010742 | | A |
| 113 | | | | | TM Reg. No. 3873393 File History | 11/3/2021 | FLVS00010743-FLVS00010831 | | A |
| 114 | | | | | TM Reg. No. 5113225 File History | 11/3/2021 | FLVS00010832-FLVS00010874 | | A |
| 118 | | | | | 2016 Brand Survey Mid-year Report | 4/14/2016 | FLVS00011549-FLVS00011562 | Collateral Matters - Fed. R. Evid. 403/611(a) Irrelevant - Fed. R. Evid. 401/402 Misleading - Fed. R. Evid. 403/611(a) | B |

[1] FLVS files this amended list because the exhibit list it filed on September 29, 2023 (Doc. 311) inadvertently omitted Stride's objections to these exhibits that were included in the exhibit list filed with the Joint Final Pretrial Statement (Doc. 302). There are no other additions to this list.

The final list of exhibits that Plaintiff will present at trial is dependent on several factors, including (a) the exhibits Stride introduces into evidence during its case-in-chief, (b) the Court's ruling on motions, and (c) the trial schedule and availability of all witnesses.  Plaintiff reserves the right to amend or supplement this exhibit list prior to the time of trial.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | |
| 120 | | | | | Integrated Marketing & Communications Plan 2015-16 | 2/9/2017 | FLVS00011723-FLVS00011752 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 121 | | | | | Integrated Marketing & Communications Plan 2016-17 FLVS Flex and Full Time | 2/9/2017 | FLVS00011753-FLVS00011767 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 122 | | | | | 2016-17 Social Media Strategy | 12/6/2016 | FLVS00011768-FLVS00011782 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 123 | | | | | FLVS Media Relations Executive Summary | 12/6/2016 | FLVS00011783-FLVS00011796 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 126 | | | | | 2016-2017 Online Advertising | 5/17/2017 | FLVS00011801-FLVS00011801 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 127 | | | | | Marketing Funding Detail | 5/17/2017 | FLVS00011802-FLVS00011807 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 132 | | | | | FLVS Brand Research Proposal 03 20 18 | 3/21/2018 | FLVS00012642-FLVS00012672 | | B |
| 182 | | | | | 2016 Market Intelligence Report | 4/12/2016 | FLVS00042771-FLVS00042830 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805 | B |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Lacks Foundation – Fed. R. Evid. 602 | |
| 183 | | | | | FLVS Stakeholder Surveys: Executive Summary 2014-2015 | 2/2/2016 | FLVS00045935-FLVS00045948 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 184 | | | | | 2016 Market Intelligence Report | 3/31/2016 | FLVS00046436-FLVS00046497 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 196 | | | | | FLVS Franchise Report to Commissioner 2014-2015 | 2/21/2016 | FLVS00063264-FLVS00063469 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 197 | | | | | Franchise Summary - All Franchises 2013-2016 | 7/22/2016 | FLVS00063834-FLVS00063867 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 202 | | | | | FLVS Legislative Report 2014-2015 | 3/27/2016 | FLVS00071388-FLVS00071489 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 207 | | | | | FY Sales by State - Detailed Overview | 7/10/2019 | FLVS00109532-FLVS00109532 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 240 | | | | | FLVS Elementary SEM and Social Ad Copy_7.20.17-FNL(1)(2)[1].xlsx | 7/20/2017 | FLVS00146178-FLVS00146178 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802<br>Hearsay within Hearsay – Fed. R. Evid. 805<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 282 | | | | | Enrollment Trends Report | 3/19/2018 | FLVS00392906-FLVS00392913 | Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Lacks Foundation – Fed. R. Evid. 602 | B |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 288 | | | | | | Pipeline Report FY17 | 1/4/2017 | FLVS00427365-FLVS00427365 | B |
| 293 | | | | | | Integrated Marketing & Communications Plan 2015-2016 | 5/19/2016 | FLVS00434945-FLVS00434974 | Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Lacks Foundation – Fed. R. Evid. 602 | B |
| 310 | | | | | | Florida Virtual School: Student-Parent Surveys: 2014-2015 Executive Summary | 2/19/2016 | FLVS00450299-FLVS00450314 | Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Lacks Foundation – Fed. R. Evid. 602<br>Hearsay within Hearsay – Fed. R. Evid. 805 | B |
| 311 | | | | | | Florida Virtual School: 2014-2015 Annual School Survey Report | 1/11/2016 | FLVS00450381-FLVS00450399 | Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Lacks Foundation – Fed. R. Evid. 602<br>Hearsay within Hearsay – Fed. R. Evid. 805 | B |
| 317 | | | | | | FLVS Legislative Report 2010-2011 | 2/16/2023 | FLVS00472648-FLVS00472741 | Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802 | B |
| 324 | | | | | | FLVS/Connections Academy Press Release | 6/25/2009 | FLVS00479851-FLVS00479885 | Irrelevant - Fed. R. Evid. 401/402<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Hearsay - Fed. R. Evid. 802 | B |
| 325 | | | | | | FLVS 2004-2005 Course Offerings with Motifs | 5/11/2004 | FLVS00479913-FLVS00479913 | | A |
| 668 | | | | | | 3,830,765 Incontestability Acknowledgement | | | Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Lacks Foundation – Fed. R. Evid. 602<br>Hearsay – Fed. R. Evid. 803<br>Not Produced in Discovery - FRCP 26(a), and (e) and 37(c)(1) | A |
| 669 | | | | | | 3,873,393 Incontestability Acknowledgement | | | Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403<br>Lacks Foundation – Fed. R. Evid. 602<br>Hearsay – Fed. R. Evid. 802<br>Not Produced in Discovery - FRCP 26(a), and (e) and 37(c)(1) | A |
| 671 | | | | | | 3,830,765 - Original Florida Virtual School File History | | | | B |
| 675 | | | | | | K12's Answers to Plaintiff FLVS's First Set of Interrogatories | 1/31/2022 | | | B |

4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 676 | | | | | | K12's Supplemental Answers To Plaintiff Florida Virtual School's First Set Of Interrogatories | 10/12/2021 | | | B |
| 677 | | | | | | K12's Responses And Objections To Flvs's First Requests For Admissions | 10/12/2021 | | | B |
| 678 | | | | | | FLORIDA VIRTUAL SCHOOL - Reg. No. 3,830,765 | 8/10/2010 | | | A |
| 679 | | | | | | FLORIDA VIRTUAL SCHOOL - Reg. No. 5,113,225 | 1/3/2017 | | | A |
| 680 | | | | | | FLVS '235 ™ - Reg. No. 5,113,235 | 1/3/2017 | | | A |
| 681 | | | | | | FLVS '393 ™ - Reg. No. 3,873,393 | 11/9/2010 | | | A |
| 682 | | | | | | FLVS Design Blue ™ - Reg. No. 5,113,248 | 1/3/2017 | | | A |
| 683 | | | | | | FLVS Design Caption ™ - Reg. No. 5,113,259 | 1/3/2017 | | | A |
| 684 | | | | | | FLVS Design ™ - Reg. No. 5,113,241 | 1/3/2017 | | | A |
| 722 | | | | | | Membership by District and School by Grade, Final Survey 2, 2016-17 (Excel) | | | Collateral Matters - Fed. R. Evid. 403/611(a) Irrelevant - Fed. R. Evid. 401/402 Misleading - Fed. R. Evid. 403/611(a) Prejudicial/Confusion of Issues - Fed. R. Evid 403 Lacks Foundation – Fed. R. Evid. 602 Hearsay – Fed. R. Evid. 802 Hearsay within hearsay – Fed. R. Evid. 805 Not Produced in Discovery - FRCP 26(a), and (e) and 37(c)(1) | A |
| 723 | | | | | | Membership by District and School by Grade, Final Survey 2, 2015-16 (Excel) | | | Collateral Matters - Fed. R. Evid. 403/611(a) Irrelevant - Fed. R. Evid. 401/402 Misleading - Fed. R. Evid. 403/611(a) Prejudicial/Confusion of Issues - Fed. R. Evid 403 Lacks Foundation – Fed. R. Evid. 602 Hearsay – Fed. R. Evid. 802 Hearsay within hearsay – Fed. R. Evid. 805 Not Produced in Discovery - FRCP 26(a), and (e) and 37(c)(1) | A |

5

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 724 | | | | | | Membership by District and School by Grade, Final Survey 2, 2014-15 (Excel) | | | Collateral Matters - Fed. R. Evid. 403/611(a) Irrelevant - Fed. R. Evid. 401/402 Misleading - Fed. R. Evid. 403/611(a) Prejudicial/Confusion of Issues - Fed. R. Evid 403 Lacks Foundation – Fed. R. Evid. 602 Hearsay – Fed. R. Evid. 802 Hearsay within hearsay – Fed. R. Evid. 805 Not Produced in Discovery - FRCP 26(a), and (e) and 37(c)(1) | A |
| 725 | | | | | | Membership by District and School by Grade, Final Survey 2, 2013-14 (Excel) | | | Collateral Matters - Fed. R. Evid. 403/611(a) Irrelevant - Fed. R. Evid. 401/402 Misleading - Fed. R. Evid. 403/611(a) Prejudicial/Confusion of Issues - Fed. R. Evid 403 Lacks Foundation – Fed. R. Evid. 602 Hearsay – Fed. R. Evid. 802 Hearsay within hearsay – Fed. R. Evid. 805 Not Produced in Discovery - FRCP 26(a), and (e) and 37(c)(1) | A |
| 726 | | | | | | Membership by District and School by Grade, Final Survey 2, 2012-13 (Excel) | | | Collateral Matters - Fed. R. Evid. 403/611(a) Irrelevant - Fed. R. Evid. 401/402 Misleading - Fed. R. Evid. 403/611(a) Prejudicial/Confusion of Issues - Fed. R. Evid 403 Lacks Foundation – Fed. R. Evid. 602 Hearsay – Fed. R. Evid. 802 Hearsay within hearsay – Fed. R. Evid. 805 Not Produced in Discovery - FRCP 26(a), and (e) and 37(c)(1) | A |
| 727 | | | | | | FLVS Elem Implementation Plan 2018-2019 | | FLVS00471341- FLVS00471382 | | A |
| 728 | | | | | | 2009 Open House Flyer | 2/9/2009 | FLVS00479917 | | A |
| 730 | | | | | | Student Success at FLVS: An Overview of Florida Virtual School | 10/14/2008 | FLVS00479248- FLVS00479284 | | A |
| 731 | | | | | | Elementary FLVSCA Summary | 5/29/2015 | FLVS00479025 | | A |
| 735 | | | | | | FLVS Course Completions FY2015-02-15-06-00-01 | 2/15/2016 | FLVS00137097 | Collateral Matters - Fed. R. Evid. 403/611(a) Irrelevant - Fed. R. Evid. 401/402 Misleading - Fed. R. Evid. 403/611(a) Prejudicial/Confusion of Issues - Fed. R. Evid 403 | B |
| 751 | | | | | | Connections Academy Contract | 7/8/2008 | FLVS00471002- FLVS00471018 | | A |
| 752 | | | | | | Amended and Restated Educational Products and Professional Services | 7/1/2010 | FLVS00470855- FLVS00470912 | | A |

6

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Agreement between FLVA and FLCA | | | | |
| 736 | (a) | | | | Course Completion Rate and Current Yield All Franchises | 2/16/2016 | FLVS00137103 | Collateral Matters - Fed. R. Evid. 403/611(a)<br>Irrelevant - Fed. R. Evid. 401/402<br>Misleading - Fed. R. Evid. 403/611(a)<br>Prejudicial/Confusion of Issues - Fed. R. Evid 403 | A |