**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA VIRTUAL SCHOOL,

      Plaintiff,

v.                                                              Case No:   6:20-cv-2354-GAP-EJK

K12, INC. and K12 FLORIDA, LLC,

      Defendants

_____

**TRIAL ORDER**

Upon consideration of the record herein, and the Final Pretrial Conference held on October 3, 2023, it is hereby

**ORDERED** that:

1.    The Phase One of the trial of this case shall commence at **9:00 AM** on **October 16, 2023**.   Following ruling on Phase One from the bench the Court will proceed with Phase Two.

2.    It is estimated that Phase 1 will take 1 day.   Phase 2 will take 3-4 days. (The court has set aside 5 days for the trial).

3.    The Court will allow 30 minutes per side for opening statements.

4.   **Witnesses.**   By the conclusion of the proceedings each day, the party presenting its case shall advise the opposing party and the Court of those witnesses whom it intends to call the following day.

**5.**   **Exhibits.**   Benchbooks containing the "A" exhibits shall be supplied for the Court, the witness stand and the original exhibits shall be given to the Courtroom Deputy Clerk, together with an index and matrix reflecting any objections.   All exhibits on the "A" list which were not objected were admitted at the final pretrial conference on October 3, 2023 (See attachments 1 and 2).   Defendants are directed to file a brief memorandum by **4 p.m. on Thursday, October 5, 2023,** regarding exhibits which it contends are inadmissible due to not having been previously disclosed. Plaintiff shall respond by **4 p.m. on Monday, October 9, 2023.**

**6.**   **Altered Exhibits.**   Objections to exhibits simply because they contain highlighted portions will be overruled.   The Court will simply disregard the highlighting.

7.   **Demonstrative Exhibits.** Any demonstrative exhibits which either party plans to use at trial shall be shown to opposing counsel no later than 72 hours prior to trial.

8.   **Trial Briefs.** Trial briefs (if filed) shall be filed no later **4 p.m. on October 11, 2023**, and shall be filed in segments (Phase 1 and Phase 2).

- 2 -

9.    **Deposition Testimony.**    By no later than **12 p.m. on Friday, October 13, 2023**, the parties shall electronically file and provide the court with a single color-coded paper copy of each deposition transcript reflecting in different highlighted colors the deposition excerpts designated by each party to be read at trial, with objections noted in the margin.

10.    If either party wishes to invoke the rule of sequestration of witnesses (Fed.R.Evid. 615) counsel must do so before the trial commences.    Counsel for each party is instructed to ensure compliance (if invoked) with the Rule with respect to their witnesses.

11.    After the first day of trial, the Court will normally be in session from 8:30 a.m. until 4:30 p.m. each day with one hour for lunch.    However, this schedule may change as circumstances require.

12.    Counsel, parties and witnesses appearing in Court shall dress appropriately.

13.    Pursuant to Local Rule 7.02, members of the Florida Bar or counsel otherwise authorized to practice in this court are permitted to bring into the courthouse electronic equipment including laptops, cellular telephones, etc. for use during trial, subject to the equipment's inspection by security.

14.    Counsel who will be using the courtroom equipment (e.g. laptop connections, document camera, etc.) are encouraged to make an

appointment with the chambers paralegal, Anita Chenevert, schedule permitting, prior to trial for a demonstration of the technology and to test equipment compatibility.

15. Counsel indicated that a witness who is unavailable for live testimony will be able to testify via ZOOM.   The Court will allow witness Julie Young to testify remotely.   Counsel shall provide the chambers paralegal, Anita Chenevert (Anita_Chenevert@flmd.uscourts.gov) with Ms. Young's email address to facilitate and coordinate this testimony.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 4th, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

- 4 -