**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA VIRTUAL SCHOOL,

        Plaintiff,                       Case No.: 6:20-cv-2354-GAP-EJK

v.

STRIDE, INC. and K12 FLORIDA, LLC,

        Defendants.

_____/

**JOINT MOTION TO PERMIT PERSONAL**
**ELECTRONIC DEVICES AT TRIAL**

Pursuant to Local Rule 7.02(a)(2), Plaintiff Florida Virtual School and Defendants Stride, Inc. and K12 Florida, LLC, respectfully request that the Court permit trial support staff and any client representatives to bring personal electronic devices into the courthouse. In support thereof, the Parties state:

The Court has ordered that members of the Florida Bar or counsel otherwise authorized to practice in this Court are permitted to bring into the courthouse electronic equipment for use during trial. (Doc. 317 ¶ 13). The Parties respectfully request the same permission be granted for support staff to assist with trial (including smartphones, laptops with chargers, and/or tablet computers with charger, external mouse, cables, Wi-Fi hotspots, computer screens, and printers) and any pre-trial

technology meeting with Ms. Chenevert, and for any party representative attending

trial. Those individuals are:

    A. Plaintiff Florida Virtual School

        a. Amanda "Andi" Poole

        b. Leslie McLaughlin

        c. Client representative attending trial

    B. Defendants Stride, Inc. and K12 Florida, LLC

        a. Harry Fishburn

        b. Claudia Luna

        c. Eric Harter

        d. Client representative attending trial

    Wherefore, the Parties respectfully request that the Court grant the relief

requested herein.

Dated October 10, 2023.

| | |
|---|---|
| /s/ *Steven P. Hollman* | /s/ *Stephen H. Luther* |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Stephen H. Luther |
| | Trial Counsel |
| Steven P. Hollman (*pro hac vice*) | Florida Bar No. 528846 |
| Lead Counsel | LUTHER LAW PLLC |
| Abraham Shanedling(*pro hac vice*) | 4767 New Broad Street, # 1029 |
| Charles Spencer-Davis(*pro hac vice*) | Orlando, FL 32814 |
| 2099 Pennsylvania Ave., N.W., Ste 100 | 407 501-6711 x101 (Main) |
| Washington, D.C. 20006-6801 | 407 501-7049 (Direct) |
| Tel. (202) 747-1941 | sluther@lutherlawgroup.com |
| Fax (202) 747-3012 | |
| shollman@sheppardmullin.com | David J. D'Agata, Esq. |

ashanedling@sheppardmullin.com
cspencerdavis@sheppardmullin.com
Anne-Marie Dao (*pro hac vice*)
12275 El Camino Real, Suite 100
San Diego, CA 92130
Tel. (858) 720-8900
Fax (858) 509-3691
adao@sheppardmullin.com

CARLTON FIELDS, P.A.
Daniel C. Johnson, Trial Counsel
Florida Bar No. 522880
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. (407) 849-0300
Fax (407) 648-9099
djohnson@carltonfields.com
Secondary:
dcarlucci@carltonfields.com
Secondary: orlecf@cfdom.net

Eleanor M. Yost, Trial Counsel
Florida Bar No. 1003178
4221 W. Boy Scout Boulevard, Ste 1000
Tampa, Florida 33607-5780
Tel. (813) 229-4395
Fax (813) 229-4133
eyost@carltonfields.com

*Attorneys for Defendants*
*Stride, Inc., and K12 Florida LLC*

General Counsel
Florida Bar No. 663891
Luis R. Guzman, Esq.
Sr. Asst. General Counsel
Florida Bar No. 570613
5422 Carrier Drive, Suite 201
Orlando, Florida 32819
Orlando, Florida 32835
Office: 407-513-3451
ddagata@flvs.net
luguzman@flvs.net

Thomas E. Bishop
Katharine Roth
Kyle William Mason
BISHOP & MILLS, PLLC
Florida Bar No. 956236
510 N. Julia Street
Jacksonville, FL 32202
Tel. (904) 598-0034
Fax. (904) 598-0395
tbishop@bishopmills.com
kroth@bishopmills.com
kmason@bishopmills.com

*Attorneys for Plaintiff Florida Virtual School*