# INDEX TO EXHIBITS
(Defendants' Amended Motion for Rule 11 Sanctions)

*Redactions to exhibits filed under seal were made to honor Plaintiff's confidentiality designations of the transcripts per Doc. 61*

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Feb. 3, 2023 Notice of Motion for Sanctions |
| B | Plaintiff's Feb. 24, 2023 Response to Notice of Motion for Sanctions |
| C | Excerpts of Deposition of Todd Goldthwaite |
| D | Excerpts of Deposition of Kate Lysaught<br>*Filed Under Seal* |
| E | Excerpts of Third Rule 30(b)(6) Deposition of Plaintiff (Ashley Reyes)<br>*Filed Under Seal* |
| F | Excerpts of Deposition of Marissa Draeger<br>*Filed Under Seal* |
| G | Excerpts of Deposition of Rebecca Kelley |
| H | Excerpts of Deposition of Courtney Calfee<br>*Filed Under Seal* |
| I | Plaintiff's Apr. 7, 2022 Amended Rule 26 Initial Disclosures |
| J | Excerpts of Deposition of Ashley Reyes<br>*Filed Under Seal* |
| K | Excerpts of Deposition of Tania Clow |
| L | Plaintiff's Supplemental Response to Defendants' First Set of Interrogatories |
| M | Excerpts of Second Rule 30(b)(6) Deposition of Plaintiff (Sam Verghese) |
| N | Deposition of Daniel Gallogly<br>*Filed Under Seal* |
| O | Excerpts of Deposition of Jeffrey Stec |
| P | Excerpts of First Rule 30(b)(6) Deposition of Plaintiff (Sam Verghese) |