

THOMAS E. BISHOP
DIRECT LINE: 904.446.2984
TBISHOP@BISHOPMILLS.COM

February 24, 2023

***Via Electronic Mail***

Steven P. Hollman
Abraham J. Shanedling
Charles Spencer-Davis
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C.  20006-68901

Re:    *Florida Virtual School v. Stride, Inc.* (formerly K12, Inc.) and K12 Florida LLC, Middle
       District of Florida, Case No. 6:20-cv-2354-GAP-EJK

Counsel:

I write in response to your correspondence dated 3 February 2023 concerning your intent to seek Rule 11 sanctions.  We have had an opportunity to review your correspondence, the attached draft motion, and the purported grounds you suggest entitle your client to such relief.  Upon review, we must respectfully advise you that not only would your motion be devoid of merit, but your invocation of Rule 11 would border on the kind of baseless motion that is inappropriate.  We understand that your client sharply disagrees with the case being advanced by Plaintiff.  But such a disagreement simply does not give rise to the use of Rule 11.

As you must know from discovery, the record evidence, and the pleadings in this case FLVS will be prepared to adduce evidence to support its damages claims in the upcoming trial.  The legal theories you suggest support your motion lack authority, and wholly fail to account for the numerous grounds on which damages can be awarded for the claims and injuries pled in this case.

We hope you will reconsider filing the kind of motion that represents mere disagreement with evidence and legal theories and is not an appropriate use of Rule 11.  Should you wish to confer about these matters we remain ready and available to do so.

Sincerely,

BISHOP & MILLS

Thomas E. Bishop