# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

- - - - -


FLORIDA VIRTUAL SCHOOL,           )

                                  )

        Plaintiff,                )

                                  )   Case No:

        vs.                       )   6:20-cv-2354-ORL-GAP-

                                  )   EJK

K12, INC., a foreign              )

corporation and K12               )

Florida, LLC, a foreign           )

limited liability company,        )

                                  )

        Defendants.               )


   VIDEO-RECORDED DEPOSITION OF TODD GOLDTHWAITE

        Monday, November 14, 2022, 9:57 a.m.


                Sheppard Mullin

    2099 Pennsylvania Avenue, NW, Suite 100

                Washington, DC




Reported By: Marjorie Peters, FAPR, RMR, CRR, RSA

Job Number: PA 5578073

Page 349

launched, and you can't tell me whether Florida

Online School marketing was intended for a Florida

audience?

A.    I can't.

Q.    So it was intended -- was it intended

for more than a Florida audience?

MR. HOLLMAN:  Sorry, what's the

"it"?

MR. LUTHER:  "It."  The Florida

Online School marketing.

MR. HOLLMAN:  Object as to form and

foundation.

You may answer.

A.    I don't know how to answer the question

around Florida Online marketing.  It's confusing to

me.

BY MR. LUTHER:

Q.    Okay.

Did K12 take any steps to prevent

people from outside the state of Florida from seeing

its Florida Online School material online?

A.    Yes.

Page 350

Q.      And what steps were those?

A.      You go to K12.com, and you put in your zip code.  If you put in a zip code that's not associated with Florida, you see other schools.

Q.      But if someone, say, got a link to FLOS.K12.com from outside the state of Florida and clicked on that link, they would get to that page; right?

A.      I doubt -- if they typed in that long URL that we said here?

Q.      Yes.

A.      That they would get to that page?

Q.      Yes.

A.      Yes.  But the only way that they're going to find that URL is if they put in their zip code.  They would have to put in a Florida zip code.

Q.      You don't think they can just run a search for "Florida Online School" and come up with that page by an inorganic Google search results?

A.      An inorganic Google search?  Yes.

Q.      They could?

        And they could do that from outside

Page 368

Florida Virtual School v. Stride Inc F/K/A K12 Inc

Todd  Goldthwaite

ACKNOWLEDGMENT OF DEPONENT

I, _TODD R. Goldthwaite_ , do

hereby certify that I have read the foregoing

pages and that the same is a correct

transcription of the answers given by

me to the questions therein propounded,

except for the corrections or changes in form

or substance, if any, noted in the attached

Errata Sheet.

12-16-2022

DATE                    SIGNATURE

5578073

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830