# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.:  6:20-cv-02354-GAP-EJK

FLORIDA VIRTUAL SCHOOL,

      Plaintiff,

vs.

STRIDE, INC., formerly known as

K12, INC., and K12 FLORIDA LLC,

      Defendants.


    * * * * * * * * * * * * * * * * * *


VIDEO-RECORDED

DEPOSITION OF:  YEKATERINA LYSAUGHT
               (Noticed as Kate Lysaught)

DATE:         November 2, 2022

TIME:         COMMENCED:  9:15 a.m.
               CONCLUDED:  5:24 p.m.

TAKEN BY:     Defendants

PLACE:        Rumberger, Kirk & Caldwell, PA
               300 South Orange Avenue
               Suite 1400
               Orlando, Florida 32801

REPORTED BY:  Mae Fisher, RMR, CRR



Page 103

Page 204

are you personally aware of any monetary loss that FLVS
claims to have sustained?

MR. LUTHER:  Object to form.

THE WITNESS:  I'm not -- I mean, I don't know.
I don't look at that part of the organization.

BY MR. HOLLMAN:

Q.  Are you able to testify as to any injury that
FLVS claims to have suffered as a consequence of the
actions that are the subject of this lawsuit?

MR. LUTHER:  Object to form.

THE WITNESS:  No.

BY MR. HOLLMAN:

Q.  Did you answer?

A.  I did.  I said I don't -- I couldn't testify to
any specifics.

MR. LUTHER:  Ms. Lysaught, if you could just
pause for a moment before you answer.

THE WITNESS:  Sure.

MR. LUTHER:  Because it's hard for the court
reporter to take your answer and my objection.

THE WITNESS:  Sorry.

MR. LUTHER:  I know.  I know it gets
conversational and it's easy to just jump right in if
you know the answer, but just give me a little brief
pause.  Thanks.