# EXHIBIT E

Page 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:20-cv-02354-GAP-EJK

FLORIDA VIRTUAL SCHOOL,

     Plaintiff,

vs.

STRIDE, INC., formerly known
as K12 INC., and K12 FLORIDA
LLC,

     Defendants.

_____/

Videotaped
Deposition of:    ASHLEY MARIE REYES

Date Taken:       February 16, 2023

Time:             9:11 a.m. - 11:02 a.m.

Taken By:         The Defendant

Location:         Via Videoconference

Reported By:      Shoshana Kramer, RPR CRR
                  Stenograph Shorthand Reporter
                  and Notary Public, State of
                  Florida at Large

Page 2

A P P E A R A N C E S:


   Stephen H. Luther, Esquire
   Luther Law, PLLC
   4767 New Broad Street
   Suite 1029
   Orlando, Florida 32814
   (407) 501-7049
   Sluther@lutherlawgroup.com
       On behalf of the Plaintiff,


   Steven Hollman, Esquire (Via Videoconference)
   Charles Spencer-Davis, Esquire (Via Videoconference)
   Abraham Shanedling, Esquire
   Sheppard, Mullin, Richter & Hampton LLP
   2099 Pennsylvania Avenue, N.W.
   Suite 100
   Washington, DC 20006
   (202) 747-2641
   Shollman@sheppardmullin.com
   Cspencerdavis@sheppardmullin.com
   Ashanedling@sheppardmullin.com

       On behalf of the Defendants.




   Also Present:

   Eric Nelson, Videographer

   Luis Guzman with FLVS
   David D'Agata general counsel for FLVS

brand identity and strategy?

A.    Yes.

Q.    Okay, so what did you do to prepare for today's deposition?

A.    To prepare for today, I reviewed this document.

Q.    Did you review any other documents?

A.    No.

Q.    Did you speak to anybody?

A.    Yes.

Q.    Who was that?

A.    Our general counsel and Stephen Luther.

Q.    Okay, general counsel, Mr.  D'Agata?

A.    Yes.

Q.    And how long was that meeting?

A.    We met last week for about two hours and this week for two hours.

Q.    Okay.  Did you look at any other course materials, e-mails, records, that were referenced or presented in this brand strategy document?

MR. LUTHER:  Object to form.

A.    No, no.

Q.    And so you didn't meet with Mr. Nguyen?

A.    No.

Q.    Did you receive information from any of the individuals with whom you met for use at this



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 41



Page 42





Page 50



MR. SHANEDLING:  Let's take a five-minute break.

THE VIDEOGRAPHER:  We're going off the record at 10:03.

(Discussion held off the record.)

THE VIDEOGRAPHER:  We're back on the record at 10:12.

BY MR. SHANEDLING:



Page 51

Page 52



Page 53



Page 54





Page 56



Page 70





