# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.:  6:20-cv-02354-GAP-EJK


FLORIDA VIRTUAL SCHOOL,

         Plaintiff,

vs.

STRIDE, INC., formerly known as
K12, INC., and K12 FLORIDA LLC,

         Defendants.


    * * * * * * * * * * * * * * * * * *


VIDEO-RECORDED
DEPOSITION OF:  MARISSA DRAEGER


DATE:           December 14, 2022


TIME:           COMMENCED:  9:31 a.m.
                CONCLUDED:  3:01 p.m.
TAKEN BY:       Defendants
PLACE:          Carlton Fields
                200 South Orange Avenue
                Suite 1000
                Orlando, Florida 32801


REPORTED BY:    Mae Fisher, RMR, CRR

Page 47



Q.   And when you were part of this global rebranding,
what were your thoughts on FLVS's global -- FLVS
Global's brand strength outside of Florida?

        MR. LUTHER:   Object to form.

        THE WITNESS:   My impression based on
    conversations with sales teams, sales and marketing
    teams was that it was a challenge with the geographic
    limitations, but, also, it didn't have -- that we --
    there wasn't as high awareness as we'd like outside

Page 48

the state of that name.

MR. SPENCER-DAVIS:  I'm now handing the court reporter a document beginning with Bates number FLVS00247448, which will be marked as Exhibit 4.

(Defendants' Exhibit No. 4 was marked for identification.)

BY MR. SPENCER-DAVIS:







Page 51



Q.  And what is your, I guess, understanding of the

benefit of having a region-agnostic name?

A.  For the business line outside the state of

Florida, it really gave the sales team -- it was less of

a question for the sales team to field as to why is

Florida reaching out to work with other schools or even

state education departments without having Florida in

Page 52

the name.

Q.  Like, I think you had mentioned Alaska earlier as an example of that, too?

A.  Yes.

Q.  Do you remember broadly what the issue was with FLVS's Global negotiation, for lack of a better word, with Alaska?

A.  I don't know the full details.  But I know there were news articles and some conversations around the standards and instruction, whether it's Alaska teachers or Florida teachers, who's -- who's teaching this.

Page 53















Page 221

RE: Florida Virtual School v. Stride, Inc. and K12 Florida, LLC

Deposition of: Marissa Draeger

Date: 12/14/22

E R R A T A   S H E E T

PAGE _25_ LINE _16_ CHANGE _I was senior manager_

_____

REASON _Senior director is incorrect_

PAGE _35_ LINE _12_ CHANGE _lot of effort_

_____

REASON _"effort" is missing_

PAGE _55_ LINE _19_ CHANGE _talking about_

_business to consumer_

REASON _"to" is missing_

PAGE _59_ LINE _9_ CHANGE _may have been Kate_

_____

REASON _"Kate" is missing_

PAGE _____ LINE _____ CHANGE_____

_____

REASON_____

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____    _12/30/22_
Marissa Draeger                          DATE

cc: Charles Spencer-Davis, Esquire