# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA


-------------------------------:

FLORIDA VIRTUAL SCHOOL,          :

                                 :

          Plaintiff,             :

                                 :

     vs.                         : C.A. No.:

                                 : 6:20-cv-2354

K12, INC. and K12 FLORIDA, LLC,  :

                                 :

          Defendants.            :
-------------------------------:




 REMOTE VIDEO-TAPED DEPOSITION OF REBECCA KELLEY


DATE:             January 30, 2023

TIME:             3:30 p.m.

LOCATION:         Eerie, Pennsylvania

REPORTED BY:      Shari R. Broussard, RPR, CSR
                  Reporter, Notary






          Veritext Legal Solutions
         1250 Eye Street, NW, Suite 350
            Washington, D.C. 20005

Page 13

via the Internet.

Q    Did Wattsburg Area School District actually contract with Stride K12?

A    Yes, we did.

Q    Did Wattsburg Area School District have any confusion about what organization it was contracting with when it entered into a contractual arrangement with Stride K12?

A    No, we did not.

MR. LUTHER:  Object to form.

BY MR. HOLLMAN:

Q    Would you say that from a marketing perspective the Stride platform is focused on Stride K12 branding?

A    Yes.

Q    And is that platform accessed through a Stride provided website?

A    Yes.

Q    When you were doing your due diligence to select an online school provider, did you become familiar with Florida Virtual School, or FLVS, as a potential provider?

Page 14

A     No.

Q     Had you ever heard of Florida Virtual School as a provider of online services when you were doing your due diligence?

A     No.

Q     And do you know whether the Wattsburg Area School District is satisfied with the services that have been provided by Stride for the 5 through 8th grade -- for the 1 through 5th grade market?

A     Yes, we have been.

Q     Would you say that it's pretty typical based on your knowledge and experience that a school district would conduct significant diligence in selecting an online school platform?

A     Yes.

Q     When parents come to the Wattsburg Area School District in search of an online option for their children, do you know whether the school district itself makes a -- makes a recommendation to those parents?

MR. LUTHER:  Object to the form.