# EXHIBIT J

Page 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.:  6:20-cv-02354-GAP-EJK

FLORIDA VIRTUAL SCHOOL,

     Plaintiff,

vs.

STRIDE, INC., formerly known as
K12 INC., and K12 FLORIDA LLC,

     Defendants.


   * * * * * * * * * * * * * * * * * *

VIDEO-RECORDED
DEPOSITION OF:  ASHLEY REYES

DATE:           November 18, 2022

TIME:           COMMENCED:  2:32 p.m.
                CONCLUDED:  5:28 p.m.
TAKEN BY:       Defendants
PLACE:          Rumberger, Kirk & Caldwell, PA
                300 South Orange Avenue
                Suite 1400
                Orlando, Florida 32801

REPORTED BY:    Mae Fisher, RMR, CRR

Page 26

again, I have not read the specific claim to know the details of that.

Q.  Well, do you know what marks my client was accused of misusing or using improperly in that prior lawsuit?

A.  No.  I wasn't involved in the lawsuit, so no.

Q.  Are you aware that my client formerly used the mark Florida Virtual Academy?

A.  No.

Q.  Are you aware that my client formerly used the mark Florida Virtual Program?

A.  No.

Q.  Are you aware of any confusion that exists in the market today between the name Florida Virtual Academy and Florida Virtual School?

MR. LUTHER:  Object to form.

THE WITNESS:  Not specifically with Florida Virtual Academy, no.

BY MR. HOLLMAN:

Q.  Are you aware of any confusion that exists in the market today between FLVS and FLVA?

A.  I have not seen that example personally, no.

Q.  Do you have personal knowledge as to the amount of injury FLVS claims to have suffered as a result of the actions of my client that it's challenging in this

Page 27

lawsuit?

MR. LUTHER:  Object to form.

THE WITNESS:  The only part of that that I can speak to is as my role as a marketer and the market confusion that this trademark infringement case can cause when we're talking about these specific terms and names.  When that confusion happens or there's a likelihood of that confusion, that could and does impact our brand identity, FLVS's brand reputation, and when we see words and terms that are similarly used, that is a cause for concern.  So in my personal role at FLVS and in my experience, that is how I would explain the injury.

BY MR. HOLLMAN:

Q.  Are you aware of any enrollments that FLVS claims to have lost as a consequence of actions of my client that are challenged in this lawsuit?

MR. LUTHER:  Object to form.

THE WITNESS:  I wouldn't be the best person to ask that question to because I don't receive the financial or daily, weekly enrollment reports and data.

BY MR. HOLLMAN:

Q.  Do you know whether anyone else within the organization has attempted to make that calculation?

A.   I am not aware if they have attempted to make that calculation or who has.

Q.   Do you know who Courtney Calfee is?

A.   I do not know her personally, no.

Q.   Do you have any information concerning the circumstances surrounding her departure from the company?

A.   No.

Q.   Did you work with her when she was at the company?

A.   No.

MR. HOLLMAN:   Exhibit 1.

(Defendants' Exhibit No. 1 was marked for identification.)

BY MR. HOLLMAN: