# EXHIBIT L

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA VIRTUAL SCHOOL,

          Plaintiff,                 Case No.: 6:20-cv-2354-Orl-22 GAP EJK

v.

K12, INC., and K12 FLORIDA, LLC,

          Defendants.

_____/

**PLAINTIFF'S SUPPLEMENTAL ANSWERS AND**
**OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**
**(Re-Served with Verification Attached)**

Plaintiff, Florida Virtual School ("FLVS"), hereby provides the following

Supplemental Answers and Objections to the First Set of Interrogatories

propounded by Defendants, K12, Inc., and K12 Florida, LLC ("Defendants"):

**GENERAL OBJECTIONS & RESERVATIONS**

1.     FLVS objects to these interrogatories, and the instructions and

definitions thereto, to the extent that they purport to impose upon FLVS any

obligations beyond those required by the Federal Rules of Civil Procedure and

Local Rules of the United States District Court for the Middle District of Florida.

2.     FLVS objects to these interrogatories to the extent they request

disclosure of information protected by any legally cognizable and enforceable

privilege or right to confidentiality/non-public disclosure held by or inuring to FLVS, including the attorney/client privilege and attorney work product doctrine.

3. FLVS objects to these interrogatories to the extent they seek confidential or proprietary information without sufficient protections in place to preserve such confidentiality throughout the course of this proceeding.

4. FLVS objects to the presumed timeframe (May 18, 2011 to present) set forth in the instructions to the interrogatories to the extent that such timeframe: disregards applicable statutes of limitation; is inconsistent with the proportionality requirements established by the Federal Rules of Civil Procedure and/or the Local Rules of the Middle District of Florida; is otherwise disproportionate to the needs of the case in terms of both relevance and burdens of proof; and generally imposes upon FLVS unduly excessive burdens and expenses.

5. FLVS objects to each and every interrogatory, the vagueness of which makes it impossible to formulate a reasonable response or otherwise renders FLVS's answers, objections, and/or reservations speculative, erroneous, or incomplete.

6. FLVS reserves the right to amend, correct, and supplement any of the Answers, Objections, and Reservations set forth herein as discovery progresses in the instant lawsuit.

## INTERROGATORIES

### INTERROGATORY NO. 7:

Explain the basis for your allegation in Paragraph 39 of the Complaint that
there is "considerable market confusion" caused by K12's actions, and identify
each specific known instance of market confusion claimed to have been caused by
K12.

### RESPONSE:

Subject to and without waiving the general objections and reservations
noted above, FLVS states that K12's unlawful conduct, as set forth in the
Complaint, has led to substantial market confusion.  For example, FLVS maintains
that the following items reveal instances of actual confusion:

1.    On March 10, 2021, TK[1] from Clay County Schools sent a certificate of
      insurance for Florida Online School to Florida Virtual School with the
      following message:  "County office has asked me to forward a COI
      we received in 2019 from FLVS and was questioning why it wasn't
      possible for this school year?".

2.    On August 10, 2020, CM from Okaloosa County Schools sent K12 a
      transcript request for a student, and a K12 employee had to explain
      the confusion between FLVS and FLOS as follows:  "We received this
      records request, but we are a different school. This is meant to go to
      Florida Virtual. We are FL Online School. Please see below for the
      FLVS contacts."

---

[1] Certain names have been abbreviated to initials in the response to this
interrogatory to prevent disclosure of potentially confidential information,
including confidential student information.

3

3. On or about August 29, 2019, FLOS received an ESE documentation request for a student named SR but had no such student in their system. FLOS had to forward the request to FLVS, the actual school where the student was enrolled, thus demonstrating confusion.

4. On June 17, 2020, NH sent an email titled "Course request – FLVA" to Williamson County Schools employee Becky Mitchell, and Ms. Mitchell then attempted to complete the transcript request with FLVS.

5. On May 25, 2019, AG emailed FLVS asking if she could switch to the "general Florida online school."

6. On June 3, 2020,  CE from Volusia County Schools emailed FLVS regarding a student, PC, and explained that his father "told me that [PC] has been enrolled in FLOS (Florida Online School) which is a part of FLVS."

7. On July 22, 2020, Nic Victoria Anthony posted the following on social media: "Alrighty, maybe someone can give me some insight.  I am doing Florida Virtual – I believe the program is K12" and later acknowledged "I am so confused. I gotta take a break from this stuff and try again another day."

8. On August 16, 2021 Stephanie Latchford posted the following on social media: "Just want to confirm steps flvs sent me to K-12…. So some how I got to k-12 from Florida virtual…And now i'm waiting on k-12 and I thought had an acceptance letter to sign up for full time flvs and I have no idea what to do now?"

9. On July 12, 2020, Amanda Sheputis posted a question online about her "First time enrolling in FLVS directly through FLVS instead of K12 as the middle man - how long after submitting documents does it take to get updates for full time ?"

10. On August 15, 2018, Jennifer Alvarez posted the following on social media: "Hi! I have a new to FLVS 9th grader. We heard about it through a K-12 commercial on TV & signed up."

4

11.    On August 21, 2020, Ritik Medik wrote the following: "Hi everyone, does FLVS use k12 program ?"

12.    On July 13, 2020, Jessica Daniels wrote "What is the difference between flvs and k12… and now I know k12 is just public school not homeschooling…Does flvs consider their programs as homeschooled for the district.."

Documents relating to the above confusion will be produced with FLVS's document production.

**SUPPLEMENTAL RESPONSE:**

Subject to and without waiving the general objections and reservations noted above, and in addition to the above previous response, FLVS supplements its response to Interrogatory No. 7, and states that a further response to this Interrogatory No. 7 may be determined by examination of business records, and therefore FLVS exercises its option pursuant to Federal Rule of Civil Procedure 33(d) to produce business records that show or likely show instances of actual confusion. These records were previously produced and are identified by bates number as set forth in the chart attached as Exhibit A.

**INTERROGATORY NO. 10:**

Explain the basis for your allegation in Paragraph 60 of the Complaint that "FLVS has been damaged by these and other false representations" in K12's

advertisements, including what specific other false representations exist and how FLVS contends that it has been damaged by those alleged misrepresentations.

**RESPONSE:**

FLVS objects to this request as premature in seeking information concerning how FLVS has been injured by K12's conduct prior to K12 providing document production and other discovery responses relating to liability and damages issues.

Subject to and without waiving the foregoing objections and reservations and FLVS's general objections and reservations, the false representations that have injured FLVS are set forth in the Complaint (Doc. 1). FLVS has been damaged by K12's false representations because these representations have deceived consumers into believing that K12 is FLVS or that K12 is sponsored or endorsed by FLVS. These false representations have caused FLVS to lose business, have led to an unlawful increase in business for K12 and has caused other injury to FLVS including injury to its reputation by being associated with K12.

With request to the subpart of this interrogatory directed to "what specific other false representations exist" and how FLVS has been damaged by them, FLVS notes that this section of the Complaint is directed to K12's deceptive checklist, a copy of which is attached at Exhibit K to the Complaint. The checklist is far from the only false representation made by K12. For example, K12's use of the Florida Online School and FLOS marks, its references to "Florida virtual school powered

6

by K12" and "Florida Virtual Schooling," its use of a color scheme closely modeled on FLVS's color scheme and other acts set forth in the Complaint have created confusion and caused consumers to be deceived as to whether FLVS and K12 are the same entity or whether one is sponsored by, affiliated with, connected to or endorsed by the other when, in truth, the parties have no such connection. Discovery is ongoing and FLVS reserves the right to supplement this response with any further information that comes to light in discovery.

**SUPPLEMENTAL RESPONSE:**

Subject to and without waiving the foregoing or the general objections and reservations noted above, FLVS supplements its response to Interrogatory No. 10, and states that a further response to this Interrogatory No. 10 may be determined by examination of the Expert Reports prepared by Daniel J. Gallogly, CPA, CFF dated April 4, 2022 and July 1, 2022, as well as Mr. Gallogly's forthcoming Rebuttal Report.

**INTERROGATORY NO. 13:**

Explain the basis for the statement in Paragraph 65 of the Complaint that K12's use of Florida Online School and FLOS "has caused injury to FLVS," including the basis for the allegation that injury includes the "lost revenue from consumers," and the calculation of such losses.

7

**RESPONSE:**

FLVS objects to this interrogatory as premature to the extent it seeks calculation of damages prior to K12 producing damages-related discovery and to the extent that it seeks to elicit damages opinions before the deadline for expert reports. FLVS further objects to producing confidential financial information responsive to this request until sufficient protections for confidential information produced in discovery have been put in place.

Subject to and without waiving the foregoing objections and reservations and FLVS's general objections and reservations, FLVS will supplement its response to this interrogatory at the appropriate time in discovery.

**SUPPLEMENTAL RESPONSE:**

Subject to and without waiving the foregoing or general objections and reservations noted above, FLVS supplements its response to Interrogatory No. 13, and states that a further response to this Interrogatory No. 13 may be determined by examination of the Expert Reports prepared by Daniel J. Gallogly, CPA, CFF dated April 4, 2022 and July 1, 2022, as well as Mr. Gallogly's forthcoming Rebuttal Report.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that I

have reviewed the foregoing, which is true and correct.

Executed on this 2nd day of November, 2022.

Sam Verghese
Digitally signed by Sam
Verghese
Date: 2022.11.02 16:29:44
-04'00'

Samuel Verghese
Chief Operating Officer
Florida Virtual School

9

17283017.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2022, I e-mailed the foregoing with to the following: **Abraham J. Shanedling** at ashanedling@sheppardmullin.com, 4048674420@filings.docketbird.com, cbrooks@sheppardmullin.com; **Charles H. Spencer-Davis** at cspencerdavis@sheppardmullin.com, **Daniel C. Johnson** at djohnson@carltonfields.com, atokarz@carltonfields.com, orlecf@cfdom.net; and **Eleanor Martha Yost** at eyost@carltonfields.com, cstreb@carltonfields.com, IPLIT@carltonfields.com, rpoole@carltonfields.com.

/s/ *Sally R. Culley*

Suzanne Barto Hill
Florida Bar No. 0846694
E-mail: shill@rumberger.com
Sally R. Culley
Florida Bar No. 0095060
E-Mail: sculley@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

Stephen H. Luther
Trial Counsel
Florida Bar No. 528846
LUTHER LAW PLLC
4767 New Broad Street, # 1029
Orlando, FL 32814
407 501-6711 x101 (Main)
407 501-7049 (Direct)
sluther@lutherlawgroup.com

10

David J. D'Agata, Esq.
General Counsel
Florida Bar No. 663891
Luis R. Guzman, Esq.
Sr. Asst. General Counsel
Florida Bar No. 570613
Florida Virtual School
2145 Metrocenter Blvd., Suite 100
Orlando, Florida 32835
Office: 407-513-3451
ddagata@flvs.net
luguzman@flvs.net

and

Leonard J. Dietzen
Florida Bar No.: 0840912
E-mail: ldietzen@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
101 North Monroe Street, Suite 120
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

Attorneys for Plaintiff,
Florida Virtual School

11

17283017.v1

# Exhibit A

| Prod - Begbates | Prod - Endbates | | Prod - Begbates | Prod - Endbates |
|---|---|---|---|---|
| FLVS00001123 | FLVS00001124 | | FLVS00010283 | FLVS00010286 |
| FLVS00001125 | FLVS00001127 | | FLVS00010287 | FLVS00010291 |
| FLVS00001128 | FLVS00001131 | | FLVS00010300 | FLVS00010302 |
| FLVS00001135 | FLVS00001135 | | FLVS00010421 | FLVS00010423 |
| FLVS00001238 | FLVS00001241 | | FLVS00010435 | FLVS00010435 |
| FLVS00007597 | FLVS00007598 | | FLVS00040539 | FLVS00040541 |
| FLVS00007623 | FLVS00007624 | | FLVS00041093 | FLVS00041095 |
| FLVS00007625 | FLVS00007627 | | FLVS00041341 | FLVS00041345 |
| FLVS00007698 | FLVS00007699 | | FLVS00135707 | FLVS00135709 |
| FLVS00007700 | FLVS00007700 | | FLVS00251998 | FLVS00252000 |
| FLVS00007806 | FLVS00007810 | | FLVS00252002 | FLVS00252005 |
| FLVS00007811 | FLVS00007813 | | FLVS00433077 | FLVS00433079 |
| FLVS00007884 | FLVS00007886 | | FLVS00435404 | FLVS00435406 |
| FLVS00007896 | FLVS00007899 | | FLVS00435407 | FLVS00435407 |
| FLVS00007961 | FLVS00007963 | | FLVS00436923 | FLVS00436923 |
| FLVS00007968 | FLVS00007969 | | FLVS00437999 | FLVS00438000 |
| FLVS00008080 | FLVS00008082 | | FLVS00442356 | FLVS00442358 |
| FLVS00008410 | FLVS00008413 | | FLVS00442359 | FLVS00442360 |
| FLVS00008444 | FLVS00008445 | | FLVS00442579 | FLVS00442582 |
| FLVS00008548 | FLVS00008549 | | FLVS00443416 | FLVS00443417 |
| FLVS00009007 | FLVS00009008 | | FLVS00443474 | FLVS00443474 |
| FLVS00009106 | FLVS00009106 | | STRIDE0000229 | STRIDE0000229 |
| FLVS00009282 | FLVS00009287 | | STRIDE0000230 | STRIDE0000231 |
| FLVS00009303 | FLVS00009304 | | STRIDE0000277 | STRIDE0000278 |
| FLVS00009305 | FLVS00009306 | | STRIDE0000288 | STRIDE0000292 |
| FLVS00009406 | FLVS00009409 | | STRIDE0000293 | STRIDE0000293 |
| FLVS00009411 | FLVS00009416 | | STRIDE0000302 | STRIDE0000303 |
| FLVS00009423 | FLVS00009423 | | STRIDE0000304 | STRIDE0000306 |
| FLVS00009435 | FLVS00009440 | | STRIDE0000307 | STRIDE0000307 |
| FLVS00009441 | FLVS00009445 | | STRIDE0000308 | STRIDE0000308 |
| FLVS00009537 | FLVS00009539 | | STRIDE0000309 | STRIDE0000309 |
| FLVS00009578 | FLVS00009581 | | STRIDE0000416 | STRIDE0000417 |
| FLVS00009607 | FLVS00009611 | | STRIDE0000424 | STRIDE0000431 |
| FLVS00009631 | FLVS00009634 | | STRIDE0000457 | STRIDE0000457 |
| FLVS00009656 | FLVS00009659 | | STRIDE0000605 | STRIDE0000609 |
| FLVS00009660 | FLVS00009661 | | STRIDE0000637 | STRIDE0000637 |
| FLVS00009662 | FLVS00009663 | | STRIDE0000672 | STRIDE0000672 |
| FLVS00009783 | FLVS00009787 | | STRIDE0000673 | STRIDE0000674 |
| FLVS00009788 | FLVS00009793 | | STRIDE0000675 | STRIDE0000675 |
| FLVS00009819 | FLVS00009821 | | STRIDE0000676 | STRIDE0000676 |
| FLVS00009822 | FLVS00009824 | | STRIDE0000677 | STRIDE0000677 |
| FLVS00009872 | FLVS00009874 | | STRIDE0000678 | STRIDE0000678 |

| Prod - Begbates | Prod - Endbates | | Prod - Begbates | Prod - Endbates |
|---|---|---|---|---|
| STRIDE0000679 | STRIDE0000679 | | STRIDE0001920 | STRIDE0001920 |
| STRIDE0000783 | STRIDE0000786 | | STRIDE0001938 | STRIDE0001939 |
| STRIDE0000898 | STRIDE0000899 | | STRIDE0001985 | STRIDE0001985 |
| STRIDE0000900 | STRIDE0000900 | | STRIDE0001986 | STRIDE0001987 |
| STRIDE0000901 | STRIDE0000903 | | STRIDE0002163 | STRIDE0002167 |
| STRIDE0000919 | STRIDE0000919 | | STRIDE0002168 | STRIDE0002168 |
| STRIDE0000920 | STRIDE0000921 | | STRIDE0002169 | STRIDE0002169 |
| STRIDE0000941 | STRIDE0000941 | | STRIDE0002170 | STRIDE0002170 |
| STRIDE0000972 | STRIDE0000974 | | STRIDE0002171 | STRIDE0002171 |
| STRIDE0001006 | STRIDE0001006 | | STRIDE0002172 | STRIDE0002172 |
| STRIDE0001007 | STRIDE0001007 | | STRIDE0002173 | STRIDE0002173 |
| STRIDE0001011 | STRIDE0001011 | | STRIDE0002200 | STRIDE0002202 |
| STRIDE0001012 | STRIDE0001013 | | STRIDE0002256 | STRIDE0002260 |
| STRIDE0001094 | STRIDE0001097 | | STRIDE0002318 | STRIDE0002320 |
| STRIDE0001098 | STRIDE0001098 | | STRIDE0002354 | STRIDE0002354 |
| STRIDE0001105 | STRIDE0001106 | | STRIDE0002357 | STRIDE0002360 |
| STRIDE0001111 | STRIDE0001115 | | STRIDE0002402 | STRIDE0002403 |
| STRIDE0001116 | STRIDE0001116 | | STRIDE0002557 | STRIDE0002558 |
| STRIDE0001124 | STRIDE0001124 | | STRIDE0002596 | STRIDE0002596 |
| STRIDE0001125 | STRIDE0001126 | | STRIDE0002599 | STRIDE0002599 |
| STRIDE0001130 | STRIDE0001131 | | STRIDE0002600 | STRIDE0002600 |
| STRIDE0001132 | STRIDE0001133 | | STRIDE0002601 | STRIDE0002602 |
| STRIDE0001134 | STRIDE0001134 | | STRIDE0002630 | STRIDE0002631 |
| STRIDE0001137 | STRIDE0001138 | | STRIDE0002695 | STRIDE0002695 |
| STRIDE0001141 | STRIDE0001141 | | STRIDE0002747 | STRIDE0002749 |
| STRIDE0001142 | STRIDE0001143 | | STRIDE0002750 | STRIDE0002750 |
| STRIDE0001144 | STRIDE0001145 | | STRIDE0002758 | STRIDE0002759 |
| STRIDE0001146 | STRIDE0001148 | | STRIDE0003005 | STRIDE0003010 |
| STRIDE0001155 | STRIDE0001157 | | STRIDE0003057 | STRIDE0003057 |
| STRIDE0001238 | STRIDE0001238 | | STRIDE0003058 | STRIDE0003058 |
| STRIDE0001239 | STRIDE0001239 | | STRIDE0003060 | STRIDE0003060 |
| STRIDE0001240 | STRIDE0001241 | | STRIDE0003061 | STRIDE0003061 |
| STRIDE0001313 | STRIDE0001314 | | STRIDE0003062 | STRIDE0003062 |
| STRIDE0001340 | STRIDE0001343 | | STRIDE0003120 | STRIDE0003121 |
| STRIDE0001402 | STRIDE0001404 | | STRIDE0003124 | STRIDE0003125 |
| STRIDE0001478 | STRIDE0001480 | | STRIDE0003182 | STRIDE0003186 |
| STRIDE0001495 | STRIDE0001499 | | STRIDE0003675 | STRIDE0003676 |
| STRIDE0001831 | STRIDE0001831 | | STRIDE0003677 | STRIDE0003679 |
| STRIDE0001836 | STRIDE0001837 | | STRIDE0003691 | STRIDE0003691 |
| STRIDE0001853 | STRIDE0001853 | | STRIDE0003692 | STRIDE0003692 |
| STRIDE0001854 | STRIDE0001854 | | STRIDE0003693 | STRIDE0003693 |
| STRIDE0001915 | STRIDE0001916 | | STRIDE0007558 | STRIDE0007564 |

| Prod - Begbates | Prod - Endbates | | Prod - Begbates | Prod - Endbates |
|---|---|---|---|---|
| STRIDE0010602 | STRIDE0010602 | | STRIDE0025684 | STRIDE0025695 |
| STRIDE0010947 | STRIDE0010947 | | STRIDE0025696 | STRIDE0025707 |
| STRIDE0010951 | STRIDE0010953 | | STRIDE0025708 | STRIDE0025720 |
| STRIDE0010954 | STRIDE0010959 | | STRIDE0025721 | STRIDE0025734 |
| STRIDE0011537 | STRIDE0011539 | | STRIDE0025735 | STRIDE0025739 |
| STRIDE0011859 | STRIDE0011865 | | STRIDE0026991 | STRIDE0026997 |
| STRIDE0025649 | STRIDE0025655 | | STRIDE0029160 | STRIDE0029160 |
| STRIDE0025673 | STRIDE0025683 | | | |