# EXHIBIT O

Page 1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

FLORIDA VIRTUAL SCHOOL,        )
                               )
            Plaintiff,         )
                               )
        vs                     ) No.
                               ) 6:20-CV-02354-GAP
STRIDE, INC., formerly         ) EJK
known as K12 INC., and K12     )
FLORIDA LLC,                   )
                               )
            Defendants.        )

            The videotaped deposition of
                    JEFFERY STEC
called for examination pursuant to notice and
pursuant to the Federal Rules of Civil Procedure for
the United States District Courts pertaining to the
taking of depositions taken before JO ANN LOSOYA,
Certified Shorthand Reporter within and for the
County of Cook and State of Illinois at address,
Chicago, Illinois, on November 30, 2022 at the hour
of 9:30 o'clock a.m.

Page 143

A.    Yes.

Q.    And you know based on your complaint that FLVS is complaining about the challenged conduct not just within Florida but also in connection with its operations outside of Florida?

MR. LUTHER:  Object to the form.

BY THE WITNESS:

A.    I think you said as part of your question "my complaint."  It is not my complaint but --

Q.    The FLVS complaint.

A.    Yes.

Q.    Your Exhibit 3 to your deposition.

A.    Right.  I just wanted to make it clear this isn't my complaint.

Q.    Yes.  Understood.

A.    I believe that's -- that's some of the allegations that are in this complaint.  I can try to find exactly where that is, but that's my recollection.

Q.    Why did you limit your survey universe to Florida parents?

A.    That's what I was asked to consider, the Florida residents and school children in Florida.

Q.    Are you offering any opinions as to whether the results of your survey of Florida

parents have statistically and methodologically correct application to a universe outside of Florida?

MR. LUTHER:  Object to the form.

BY THE WITNESS:

A.   So I have not been asked to do that one way or the other.  So that's not an opinion I take in my report.

Q.   Your survey universe included parents who had enrolled their children in online courses within the past 12 months, correct?

A.   Yes, that's correct.

Q.   Did you consider asking those parents who had enrolled their children within the last 12 months how they made their enrollment decisions?

A.   I don't think that's something I considered, at least I don't recall considering it.

Q.   Are you aware that K12 markets its services in the state of Florida through a variety of channels other than the contested website page?

MR. LUTHER:  Object to the form.

BY THE WITNESS:

A.   I think so.  That might have been something that I read I want to say maybe in the answers or the counterclaims.  I don't remember

Page 208

my report.

Q.    Are you opining that the percentages you calculated reflect the number of people who were misled by the checklist who would act on the misleading information and whose action on the misleading information would negatively impact FLVS?

MR. LUTHER:  Object to the form.

BY THE WITNESS:

A.    I can simply say or restate what I'm saying in my report.  The first statistic that I calculate there is the percentage of respondents that as I say here believed the alleged false and misleading statements in comparison in the comparison checklist put out by the K12 defendants, indicating the features K12-powered schools have -- that K12-powered schools have that other online learning solutions do not have.  That's one of the opinions that I'm taking.  This is on Page 4 of the first bullet point.

The other opinion that I'm taking, among others, is that 14.3 percent of the respondents in the survey were either very likely or somewhat likely to enroll their children in a K12-powered school due to the alleged false or misleading statements.

Page 217

of the target population would have been misled seeing these particular statements or the stimuli that I showed them.

Q.   But that knowing how many are misled doesn't get to you the number of enrollments that have been lost as a consequence, does it?

MR. LUTHER:  Object to the form.

BY THE WITNESS:

A.   That's the second set or the second question that I ask, Q9, if we're still on Exhibit 4.

The 14.3 percent represents the percentage of the target population that would have been affected or whose decision would have been affected by these particular stimuli.  So it gives you in percentage terms the percentage of the target population based on the sample that I collected.

Q.   But the fact that you're tabulating isn't the likelihood of them actually making the enrollment decision.  It's simply that they're more likely than they would be in the absence of the information.  You can't say on absolute terms they're actually likely to enroll; isn't that true?

MR. LUTHER:  Object to the form.

**ERRATA SHEET**

**DEPOSITION OF JEFFERY A. STEC, Ph.D, TAKEN NOVEMBER 30, 2022**

**FLORIDA VIRTUAL SCHOOL v. K12 INC., and K12 FLORIDA LLC**
**Case No. 6:20-cv-02354-GAP-EJK**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 14 | 17 | "tools, various" **to** "tools, and various" | Transcription Error |
| 14 | 19 | "research" **to** "research," | Transcription Error |
| 22 | 5 | "patent" **to** "Patent" | Transcription Error |
| 97-98 | 25-1 | "there future. But if" **to** "there, but if | Transcription Error |
| 109 | 2 | "responding doing" **to** "doing" | Transcription Error |
| 118 | 9 | "that way." **to** "that." | Transcription Error |
| 120 | 12 | "that that" **to** "is that the" | Transcription Error |
| 139 | 4 | "either -- so" **to** "-- so" | Transcription Error |
| 163 | 5 | "say because" **to** "say, because" | Transcription Error |
| 163 | 8 | "understanding exactly" **to** "understanding of exactly" | Transcription Error |
| 174-175 | 25-1 | "checklist, I believe. If" **to** "checklist. I believe, if" | Transcription Error |
| 178 | 11 | "followed" **to** "follow" | Transcription Error |
| 182 | 19 | "how" **to** "what" | Transcription Error |
| 191 | 10 | "longer" **to** "larger" | Transcription Error |
| 201 | 25 | "refers" **to** "referred" | Transcription Error |
| 208 | 15 | "indicating" **to** "indicated" | Transcription Error |
| 216 | 15 | "18.3" **to** "18.3 percent" | Transcription Error |
| 219 | 4 | "ostensively" **to** "ostensibly" | Transcription Error |
| 235 | 17 | "research" **to** "researcher" | Transcription Error |

I, the undersigned, declare under penalty of perjury, that I have read the foregoing document and the facts stated in it are true.

Dated:  January 11, 2023                                    _____
                                                                              Jeffery A. Stec

1