UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA VIRTUAL SCHOOL,

      Plaintiff,

    v.                                    Case No.:  6:20-cv-02354-GAP-NWH

STRIDE, INC., and K12 FLORIDA, LLC,

      Defendants,

_____/

### ORDER

Upon consideration of the parties' Joint Motion Regarding Attorney's Fees and Sanctions Briefing (Doc. 406), it is **ORDERED** that the motion is hereby **GRANTED in part** and **DENIED in part**:

1. Plaintiff shall respond to Defendants' appellate fee motion on entitlement only **on or before April 10, 2026**;

2. Defendants may file a reply not to exceed 15 pages **within ten days of Plaintiff's filing**;

3. Defendants' motion to file a reply to the responses to their sanctions motion (Doc. 373) is **DENIED** as unnecessary;

4. Pursuant to this Court's Order (Doc. 394), any motion seeking entitlement to fees incurred in this Court shall be filed **on or before April 27, 2026**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 6, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

- 2 -