**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA VIRTUAL SCHOOL,

    Plaintiff,

v.                                                    Case No. 6:20-cv-2354-GAP-EJK

K12, INC. and K12 FLORIDA, LLC,

    Defendants.

_____/

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

Attorney Kyle William Mason moves to withdraw as counsel for Plaintiff Florida Virtual School ("FLVS") pursuant to Local Rule 2.02(c), and states:

1.    Along with lead counsel Thomas E. Bishop and co-counsel Katharine Noelle Roth, the undersigned has appeared as counsel for FLVS in this action as an attorney associated with Bishop Page & Mills, PLLC (n/k/a Bishop & Page, PLLC) ("the Firm"). FLVS is also represented by attorney Stephen Luther.

2.    The undersigned left the Firm as the result of an amicable agreement unrelated to this case, and his services are no longer needed by FLVS, who continues to be represented by its other attorneys of record.

3.    The undersigned has notified FLVS of his intent to withdraw, and FLVS has consented to his withdrawal as counsel from this action.

1

4.    The undersigned has conferred with counsel for Defendants K12 Inc. and K12 Florida, LLC, and Defendants do not oppose the relief requested.

5.    Permitting the undersigned to withdraw will not prejudice any party or necessitate a continuance of the trial date as FLVS will remain represented in this action by several other attorneys of record and trial has already occurred.

WHEREFORE, the undersigned respectfully requests that the Court permit him to withdraw as an attorney of record for FLVS in this action and relieve him of any further responsibility in this action.

## Certification of Consent

I certify that I have notified FLVS about my intent to withdraw from this action, and that FLVS consents to my withdrawal as their attorney of record.

## Local Rule 3.01(g) Certification

I certify that I have conferred with counsel for Defendants about this motion, and that Defendants do not oppose the relief requested.

Dated: April 7, 2026.

**THE MILLS FIRM, P.A.**

*/s/ Kyle William Mason*
Kyle William Mason
Florida Bar Number 1045149
501 Riverside Avenue, Suite 906
Jacksonville, Florida 32202
 (904) 801-2777
*kmason@mills-appeals.com*
*service@mills-appeals.com*

*Counsel for FLVS*

2